IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
~~EASTERN~~ DIVISION
SOUTHERN

| | |
|---|---|
| FRANK LETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 1:05cv479-A |
| | ) |
| RELIABLE RUSKIN, d/b/a | ) |
| RELIABLE PRODUCTS, | ) |
| | ) |
| Defendant. | ) |

### SUMMONS

TO DEFENDANT:     Reliable Ruskin d/b/a Reliable Products
1300 enterprise Road
Post Office Box 580
Geneva, Alabama 36340

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff's attorney: Barry V. Frederick, WIGGINS, CHILDS, QUINN & PANTAZIS, LLC, The Kress Building, 301 19th Street North, Birmingham, Alabama 35203, a response to the Complaint which is herewith served upon you, within Twenty (20) days after service of this Summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                              5-24-05
CLERK OF COURT                              DATE

By: _[signature]_
Deputy Clerk

AO 440 (Rev. 5/85) Summons In A Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

[ ] Served personally upon the defendant. Place where served: _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

[ ] Name of person with whom the summons and complaint were left: _____
Returned unexecuted: _____

[ ] Other (specify):_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

_____
Signature of Server

_____
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.