IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| FRANK LETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05cv479-A |
| | ) | |
| RELIABLE RUSKIN D/B/A | ) | |
| RELIABLE PRODUCTS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of Defendant's Motion for Partial Dismissal or, in the Alternative, Motion for Partial Summary Judgment (Doc. #5), filed on June 13, 2005, it is

ORDERED that the Plaintiff shall show cause, if any there be, **on or before July 6**, **2005** why the motion should not be granted. The Defendant shall have **until July 13, 2005** to reply. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 15th day of June, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE