IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| FRANK LETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 1:05-CV-479-A |
| | ) | |
| RELIABLE RUSKIN, d/b/a | ) | |
| RELIABLE PRODUCTS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ONE-WEEK EXTENSION OF TIME

The Plaintiff respectfully moves this honorable Court for an Order extending the deadlines for Plaintiff's to respond to Defendant's Motion for Partial Dismissal or, in the Alternative, Motion for Partial Summary Judgment and for Defendant to reply to Plaintiff's response. As grounds for this Motion, the Plaintiff states as follows:

On June 15, 2005, this Court entered an Order establishing the following dates:

- July 6, 2005    Plaintiff to show cause;

- July 13, 2005   Defendant's reply.

Counsel for the Plaintiff, Barry V. Frederick is currently out of the country on his honeymoon and is not scheduled to return until July 6, 2005. The parties have agreed to a one-week extension of the dates.

**MOTION GRANTED** /s/

SO ORDERED
THIS _____ DAY OF June _____, 20 05

_____
UNITED STATES DISTRICT JUDGE