IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| FRANK LETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 1:05-CV-479-A |
| ) | |
| RELIABLE RUSKIN, d/b/a ) | |
| RELIABLE PRODUCTS, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR AN ADDITIONAL ONE-WEEK EXTENSION OF TIME**

The Plaintiff respectfully moves this Honorable Court for an Order extending the deadlines for Plaintiff's to respond to Defendant's Motion for Partial Dismissal or, in the Alternative, Motion for Partial Summary Judgment and for Defendant to reply to Plaintiff's response. As grounds for this Motion, the Plaintiff states as follows:

On June 15, 2005, this Court entered an Order establishing the following dates:

- July 6, 2005        Plaintiff to show cause;

- July 13, 2005       Defendant's reply.

On June 21, 2005, Allison Lowell filed for an unopposed Motion for One-Week Extension of Time stating that Counsel for the Plaintiff, Barry V. Frederick, was out of the country on his honeymoon and returned on July 6, 2005.

On June 22, 2005, Judge Albritton granted the motion which established the following dates:

- July 13, 2005       Plaintiff to show cause;

- July 20, 2005       Defendant's reply.

Counsel for the Plaintiff, Barry V. Frederick, is currently in Cincinnati, Ohio taking depositions which had been schedule prior to his honeymoon.

The parties have agreed to a one-week extension of the dates.

WHEREFORE, premises considered, the Plaintiff requests that this Court extend by one-week the deadlines as follows:

- July 20, 2005     Plaintiff to show cause;
- July 27, 2005     Defendant's reply.

          Respectfully submitted,

          /s/ Allison W. Lowell
          Allison W. Lowell, Esq. (ASB-6373-A40W)
          Attorney for Plaintiff

**OF COUNSEL:**

WIGGINS, CHILDS, PANTAZIS & QUINN, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

**CERTIFICATE OF SERVICE**

I do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jonathan S. Harbuck, Esq.
Elizabeth P. Odom, Esq.
THE KULLMAN FIRM
A Professional Law Corporation
600 University Park Place, Suite 340
Birmingham, Alabama 35209-5786

    Dated the 13th day of July, 2005.

/s/Allison W. Lowell
OF COUNSEL