IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| FRANK LETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 1:05-CV-479-A |
| | ) |
| RELIABLE RUSKIN, d/b/a | ) |
| RELIABLE PRODUCTS, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR AN ADDITIONAL ONE-WEEK EXTENSION OF TIME

The Plaintiff respectfully moves this Honorable Court for an Order extending the deadlines for Plaintiff's to respond to Defendant's Motion for Partial Dismissal or, in the Alternative, Motion for Partial Summary Judgment and for Defendant to reply to Plaintiff's response. As grounds for this Motion, the Plaintiff states as follows:

On June 15, 2005, this Court entered an Order establishing the following dates:

- July 6, 2005    Plaintiff to show cause;
- July 13, 2005   Defendant's reply.

On June 21, 2005, Allison Lowell filed for an unopposed Motion for One-Week Extension of Time stating that Counsel for the Plaintiff, Barry V. Frederick, was out of the country on his honeymoon and returned on July 6, 2005.

On June 22, 2005, Judge Albritton granted the motion which established the following dates:

- July 13, 2005   Plaintiff to show cause;
- July 20, 2005   Defendant's reply.

**MOTION GRANTED**

SO ORDERED
THIS 14th DAY OF July, 2005
UNITED STATES DISTRICT JUDGE