IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **FRANK LETT,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 1:05CV479-A |
| | ) | |
| **RELIABLE RUSKIN, D/B/A** | ) | |
| **RELIABLE PRODUCTS** | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO SUPPLEMENT DEFENDANT'S MOTION FOR PARTIAL DISMISSAL
OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT**

COMES NOW Defendant, Ruskin Company, Reliable Division ("Defendant"), incorrectly referred to as Reliable Ruskin, d/b/a Reliable Products, through undersigned counsel, and moves the Court to supplement its Motion for Partial Dismissal, or in the alternative, Motion for Partial Summary Judgment ("Motion for Partial Dismissal") to include two documents which were inadvertently not attached to its Motion to Dismiss.

1. On June 13, 2005, Defendant filed a Motion for Partial Dismissal.

2. In its Motion for Partial Dismissal, Defendant referred to two exhibits in support of its motion. These exhibits include Exhibit "A" - Plaintiff's EEOC Charge of Discrimination, and Exhibit "B" - Employee Profile for Kenny Taylor.

3. It has come to Defendant's attention that these two Exhibits were not attached to the Motion for Partial Dismissal at the time it was filed with the Court.

4.     Defendant requests that it be allowed to supplement its Motion for Partial Dismissal to include these two Exhibits.  Exhibits "A" and "B" are attached to this motion to supplement.

    /s/ Elizabeth P. Odom
One of the Counsel for Defendant

Jonathan S. Harbuck (Ala. Bar No. ASB-0906-U70J)
Elizabeth P. Odom (Ala. Bar No. ASB-8215-L64O)
THE KULLMAN FIRM
A Professional Law Corporation
600 University Park Place, Suite 340
Birmingham, Alabama  35209-6786
(205) 871-5858 (t)
(205) 871-5874 (f)

## CERTIFICATE OF SERVICE

_____I hereby certify that on July 28, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Barry V. Frederick, Esq.
>Allison W. Lowell, Esq.
>WIGGINS, CHILDS, PANTAZIS & QUINN LLC
>The Kress Building
>301 19th Street North
>Birmingham, AL 35203

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

>None

>Respectfully submitted,

>/s/ Elizabeth P. Odom
>Elizabeth P. Odom
>THE KULLMAN FIRM
>A Professional Law Corporation
>600 University Park Place, Suite 340
>Birmingham, Alabama 35209
>Phone: (205) 871-5858
>Fax: (205) 871-5874