# HART & COOLEY EMPLOYEE PROFILE

## GENEVA

1629

| | |
|---|---|
| **NAME:** **KENNETH TAYLOR** | **DEPARTMENT:** **Manufacturing** |
| **STATUS:** FULL TIME: **X** PART TIME: | **EXEMPT/NON EXEMPT :** **Exempt** |
| **NEW HIRE:** PROMOTION: | TRANSFER/JOB CHANGE: From Hourly |
| MERIT INCREASE: TERMINATION: | THIS POSITION SINCE: 1/2000 |
| HIRE DATE: 1/16/2000 REHIRE: | DATE EFFECTIVE: **1/16/2000** |

LAST PERFORMANCE REVIEW DATE: **NA**

NEXT PERFORMANCE REVIEW DATE: **1/16/2001**

NEXT SALARY REVIEW DATE: **1/16/2001**

PRESENT ANNUAL SALARY: **$36,000**   TITLE: **HVAC Production Supervisor**   GRADE: **12**

NEW ANNUAL SALARY_____   TITLE_____   GRADE____

NEW SEMI MONTHLY SALARY_____

CHANGE AMOUNT: SEMI MONTHLY_____   YEARLY_____ CHANGE %_____

APPROVAL_____   DATE_____

APPROVAL_____   DATE_____

HUMAN RESOURCES_____   DATE_____

EMPLOYEE HISTORY FOR LAST THREE YEARS:

| DATE | REASON | TITLE | SEMI MO | YEARLY | CHG AMT | %CHANGE |
|---|---|---|---|---|---|---|
| 1/16/2000 | Promo | **Prod Superv** | $1500.00 | $36,000 | —— | —— |
| 8/04/1989 | New Hire | **Hourly** | | | | |

| | | MINIMUM | MID | MAXIMUM |
|---|---|---|---|---|
| **GRADE:** | 12 E | $29,970 | $37,030 | $44,080 |

EXHIBIT B