IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FRANK LETT, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) Civil Action No. 1:05CV479-A ) |
| RELIABLE RUSKIN, D/B/A RELIABLE PRODUCTS | ) ) ) ) |
| Defendants. | ) ) |

**MOTION TO SUPPLEMENT DEFENDANT'S MOTION FOR PARTIAL DISMISSAL
OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT**

COMES NOW Defendant, Ruskin Company, Reliable Division ("Defendant"), incorrectly referred to as Reliable Ruskin, d/b/a Reliable Products, through undersigned counsel, and moves the Court to supplement its Motion for Partial Dismissal, or in the alternative, Motion for Partial Summary Judgment ("Motion for Partial Dismissal") to include two documents which were inadvertently not attached to its Motion to Dismiss.

1. On June 13, 2005, Defendant filed a Motion for Partial Dismissal.

2. In its Motion for Partial Dismissal, Defendant referred to two exhibits in support of its motion. These exhibits include Exhibit "A" - Plaintiff's EEOC Charge of Discrimination, and Exhibit "B" - Employee Profile for Kenny Taylor.

3. It has come to Defendant's attention that these two Exhibits were not attached to the Motion for Partial Dismissal at the time it was filed with the Court.

**MOTION GRANTED**

SO ORDERED
THIS 28th DAY OF July, 2005

_____
UNITED STATES DISTRICT JUDGE