IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **FRANK LETT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:05CV479-A |
| ) | |
| **RELIABLE RUSKIN, D/B/A** ) | |
| **RELIABLE PRODUCTS** ) | |
| ) | |
| ) | |
| Defendants. ) | |

### REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on October 20, 2005, and was attended by:

   Allison W. Lowell for Plaintiff Frank Lett

   Elizabeth Pugh Odom for Defendant Ruskin Company, Reliable Division.

2. **Pre-Discovery Disclosures.** The parties will exchange by November 18, 2005, the information required by Fed.R.Civ.P. 26(a)(1).

3. **Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

   A. Discovery will be needed on the following subjects: The remaining claims alleged by the Plaintiff and the defenses asserted by the Defendant.

   B. All discovery commenced in time to be completed by April 17, 2006.

   C. Maximum of 25 requests for production by each party to any other party. Responses due 30 days after service.

    D.    Maximum of 25 interrogatories by each party to any other party. Responses due 30 days after service.

    E.    Maximum of 25 requests for admission by each party to any other party. Responses due 30 days after service.

    F.    Maximum of 5 depositions by plaintiff and 5 by defendant.

    G.    Reports from retained experts under Rule 26(a)(2) due:

        from Plaintiff by February 6, 2006; and

        from Defendant by March 6, 2006.

    H.    Supplementation under Rule 26(e) due within a reasonable time not to exceed thirty (30) days from the date supplemental information is subsequently discovered.

4. **Other Items**.

    A.    The parties do not request a conference with the court before entry of the scheduling order.

    B.    The parties request a pretrial conference in August 2006.

    C.    Plaintiff should be allowed until December 5, 2005, to join additional parties and to amend the pleadings.

    D.    Defendant should be allowed until January 5, 2006, to join additional parties and to amend the pleadings.

    E.    All potentially dispositive motions should be filed by May 15, 2006.

    F.    Settlement cannot be evaluated before the parties complete substantial discovery.

  G. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

    1. from Plaintiff by 30 days before the date set for trial; and

    2. from Defendant by 30 days before the date set for trial.

  H. Parties shall have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

  I. The case should be ready for trial by September 2006 at this time is expected to take approximately 3 days.

Date: October 24, 2005

| /s/ Allison W. Lowell | /s/ Elizabeth P. Odom |
|---|---|
| Counsel for Plaintiff | One of the Counsel for Defendant |

| Allison W. Lowell, Esq. | Jonathan S. Harbuck (Ala. Bar No. ASB-0906-U70J) |
|---|---|
| WIGGINS, CHILDS, PANTAZIS & QUINN LLC | Elizabeth P. Odom (AL Bar No. ASB-8215-L64O) |
| The Kress Building | THE KULLMAN FIRM |
| 301 19th Street North | A Professional Law Corporation |
| Birmingham, AL 35203 | 600 University Park Place, Suite 340 |
| | Birmingham, Alabama 35209-6786 |
| | (205) 871-5858 (t) |
| | (205) 871-5874 (f) |