IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| FRANK LETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO.1:05-CV-479-A |
| | ) | |
| RELIABLE RUSKIN, d/b/a | ) | |
| RELIABLE PRODUCTS, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Comes now, C. Michael Quinn, of the law firm Wiggins, Childs, Quinn & Pantazis, L.L.C, The Kress Building, 301 19th St. N., Birmingham, Alabama 35203, and hereby appears as additional counsel for Plaintiff Frank Lett, in the above-styled case.

s/C. Michael Quinn
C. Michael Quinn
Counsel for Plaintiff

**OF COUNSEL:**

Wiggins, Childs, Quinn & Pantazis P.C.
The Kress Building
301 19th St. N.
Birmingham, AL 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have onOctober 27, 2005 filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jonathan S. Harbuck, Esq.
Elizabeth P. Odom, Esq.
THE KULLMAN FIRM
A Professional Law Corporation
600 University Park Place, Suite 340
Birmingham, Alabama 35209-5786

                                          s/C. Michael Quinn
                                          OF COUNSEL