## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **FRANK LETT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   CIVIL ACTION NO.1:05-CV-479-A |
| | ) |
| **RELIABLE RUSKIN, d/b/a** | ) |
| **RELIABLE PRODUCTS,** | ) |
| | ) |
| **Defendant.** | ) |

### NOTICE OF APPEARANCE

Comes now, Jon C. Goldfarb, of the law firm Wiggins, Childs, Quinn & Pantazis, L.L.C, The Kress Building, 301 19th St. N., Birmingham, Alabama 35203, and hereby appears as additional counsel for Plaintiff Frank Lett, in the above-styled case.

DATED: April 10, 2006

        s/Jon C. Goldfarb
        C. Michael Quinn
        Jon C. Goldfarb
        Allison W. Lowell
        Counsel for Plaintiff

**OF COUNSEL:**

Wiggins, Childs, Quinn & Pantazis LLC
The Kress Building
301 19th St. N.
Birmingham, AL 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

**CERTIFICATE OF SERVICE**

      I do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served a copy VIA US Mail on the following counsel of record:

Jonathan S. Harbuck, Esq.
Elizabeth P. Odom, Esq.
THE KULLMAN FIRM
A Professional Law Corporation
600 University Park Place, Suite 340
Birmingham, Alabama 35209-5786

on this the ___10th___ day of __April__, 2006.

                                                  s/Jon C. Goldfarb
                                                OF COUNSEL

Case 1:05-cv-00479-WHA-DRB   Document 19   Filed 04/10/2006   Page 2 of 2