IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FRANK LETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Civil Action No. 1:05CV479-A |
| | ) |
| RELIABLE RUSKIN, D/B/A | ) |
| RELIABLE PRODUCTS | ) |
| | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR SUMMARY JUDGMENT

COMES NOW, Defendant, Ruskin Company, Reliable Division, pursuant to Federal Rule of Civil Procedure 56, and moves this Court to dismiss Plaintiff Frank Lett's claims, on the grounds that there is no genuine issue as to any material fact and that Defendant is entitled to judgment as a matter of law. This motion is based upon the pleadings, the record submission (separately filed) and a separate memorandum of law.

    /s/   Elizabeth P. Odom
One of the Counsel for Defendant

Jonathan S. Harbuck (Ala. Bar No. ASB-0906-U70J)
Elizabeth P. Odom (Ala. Bar No. ASB-8215-L64O)
THE KULLMAN FIRM
A Professional Law Corporation
600 University Park Place, Suite 340
Birmingham, Alabama  35209-6786
(205) 871-5858 (t)
(205) 871-5874 (f)

**CERTIFICATE OF SERVICE**

_____I hereby certify that on April 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Michael Quinn, Esq.
>Allison W. Lowell, Esq.
>WIGGINS, CHILDS, PANTAZIS & QUINN LLC
>The Kress Building
>301 19th Street North
>Birmingham, AL 35203

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

>None

>Respectfully submitted,

>/s/ Elizabeth P. Odom
>Elizabeth P. Odom
>THE KULLMAN FIRM
>A Professional Law Corporation
>600 University Park Place, Suite 340
>Birmingham, Alabama 35209
>Phone: (205) 871-5858
>Fax: (205) 871-5874