# FREEDOM COURT REPORTING

Page 1

1  IN THE U.S. DISTRICT COURT
2  MIDDLE DISTRICT OF ALABAMA
3      EASTERN DIVISION
4
5  CASE NUMBER:  1:05-CV-479-A
6
7  FRANK LETT,
8      Plaintiff(s),
9      vs.
10 RELIABLE RUSKIN d/b/a RELIABLE
11 PRODUCTS,
12     Defendant(s).
13
14 DEPOSITION OF STAN HENDERSON
15
16    S T I P U L A T I O N
17    IT IS STIPULATED AND AGREED,
18 by and between the parties through
19 their respective counsel that the
20 deposition of STAN HENDERSON may be
21 taken before Allison Miller,
22 Commissioner, at the offices of
23 Wiggins, Childs, Quinn & Pantazis, 301

Page 2

1  19th Street North, Birmingham, Alabama,
2  on the 11th day of April, 2006,
3  commencing at or about 9:30 a.m.
4      IT IS FURTHER STIPULATED AND
5  AGREED that the reading of and
6  signature to the deposition by the
7  witness is NOT waived, said deposition
8  to have the same force and effect as if
9  full compliance had been had with all
10 laws and rules of court relating to
11 taking of depositions.
12     IT IS FURTHER STIPULATED AND
13 AGREED that it shall not be necessary
14 that any objections be made by counsel
15 to any questions, except as to form or
16 leading questions, and that counsel for
17 the parties may make objections and
18 assign grounds at the time of the
19 trial, or at the time said deposition
20 is offered in evidence, or prior
21 thereto.
22     IT IS FURTHER STIPULATED AND
23 AGREED that notice of filing of the

Page 3

1  deposition by the Commissioner is
2  waived.
3      In accordance with Rule 5(d)
4  of The Alabama Rules of Civil
5  Procedure, as Amended, effective May
6  15, 1988, I, Allison Miller am hereby
7  delivering to Mr. Jon Goldfarb, Esq.,
8  the original transcript of the oral
9  testimony taken on the 11th day of
10 April, 2006, along with exhibits.
11     Please be advised that this
12 is the same and not retained by the
13 Court Reporter, nor filed with the
14 Court.

Page 4

1         I N D E X
2  EXAMINATION BY:        PAGE NO:
3  Mr. Goldfarb      7
4
5  EXHIBITS:
6  Plaintiff's 1 -    103
7   Policy
8  Plaintiff's 2 -    106
9   Questions
10 Plaintiff's 3 -    109
11  Answers

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 5

```
 1              APPEARANCES
 2
 3   APPEARING ON BEHALF OF THE PLAINTIFF:
 4   Mr. Jon Goldfarb, Esq.
 5   Ms. Allison Lowell, Esq.
 6   Wiggins, Childs, Quinn & Pantazis
 7   301 19th Street North
 8   Birmingham, Alabama 35205
 9
10   APPEARING ON BEHALF OF THE DEFENDANTS:
11   Mr. Jonathan S. Harbuck, Esq.
12   The Kullman Firm
13   600 University Park Place
14   Birmingham, Alabama 35209
15
16   ALSO PRESENT:
17   Mr. George Helms
18
19
20
21
22
23
```

Page 6

```
 1        I, Allison Miller, acting
 2   as Commissioner, certify that on this
 3   date as provided by Rule 30 of the
 4   Federal Rules of Civil Procedure and
 5   the foregoing stipulation of counsel,
 6   there came before me at the offices of
 7   Wiggins, Childs, Quinn & Pantazis, 301
 8   19th Street North, Birmingham, Alabama,
 9   MR. STAN HENDERSON, witness in the
10   above cause, for oral examination,
11   whereupon the following proceedings
12   were had:
13
14        STAN HENDERSON,
15   being first duly sworn, was examined
16   and testified as follows:
17
18        COURT REPORTER:  Usual
19   stipulations?
20        MR. GOLDFARB:  Yes.
21        MR. HARBUCK:  We'd like to
22   read and sign.
23
```

Page 7

```
 1   EXAMINATION BY MR. GOLDFARB:
 2        Q.   Can you state your full
 3   name, please?
 4        A.   Stanley S. Henderson.
 5        Q.   What is your home address,
 6   Mr. Henderson?
 7        A.   ████████████████████████
 8   ███████████████████████
 9        Q.   Is that near -- how far is
10   that from Dothan?
11        A.   Probably about forty miles.
12        Q.   Have you ever been in a
13   deposition before?
14        A.   No, sir.
15        Q.   What is going to happen is,
16   for about an hour or two, I will ask
17   you some questions.  If you don't
18   understand or I'm confusing you for
19   some reason, let me know, and I will
20   rephrase it so we're on the same page;
21   all right?
22        A.   Okay.
23        Q.   You're doing good.  Answer
```

Page 8

```
 1   out loud so she doesn't have to guess
 2   what you're nodding.
 3        Have you ever testified
 4   under oath like this before?
 5        A.   I don't recall.
 6        Q.   You've never been in a
 7   trial where you had to testify as a
 8   witness or anything like that?
 9        A.   No.
10        Q.   Where do you work today?
11        A.   Reliable Ruskin.
12        Q.   What is the full name?
13        A.   Reliable Ruskin.
14        Q.   How long have you worked
15   there?
16        A.   Since August, '89.
17        Q.   Have you worked there
18   continuously since August of '89?
19        A.   No, sir.
20        Q.   When you first started in
21   August of '89, what job title did you
22   hold?
23        A.   Assembler.
```

2 (Pages 5 to 8)

# FREEDOM COURT REPORTING

Page 9

1    Q.   What did you do in that
2  job?
3    A.   I assembled grills.
4    Q.   What is a grill?
5    A.   It's a product the company
6  makes that we supply our companies
7  with.
8    Q.   What does it go on to?  Is
9  it a grill for an HVAC unit?
10   A.   Yes.
11   Q.   What department were you
12 working in when you started?
13   A.   Department 4.
14   Q.   Was that -- when you were
15 assembling those grills in Department
16 4, was that for commercial or
17 industrial grills, or was it for
18 residential grills?
19   A.   It could be for any.
20   Q.   Any type of grill?
21   A.   Yes.
22   Q.   Were you -- at that time,
23 did they have an architectural

Page 10

1  department?
2    A.   At that time, I'm not sure
3  if that was considered architectural,
4  but I'm pretty sure it might have
5  been. I'm not real sure.
6    Q.   But the grills that you
7  were working on could have gone into
8  homes or businesses?
9    A.   Yes.
10   Q.   Did you do standard grills,
11 or were you making specialty-made
12 grills per order?
13   A.   At that time, standard.
14   Q.   How long did you work as an
15 assembler at that -- making standard
16 grills starting in August of '89 until
17 when?
18   A.   Until '92.
19   Q.   And your job the whole time
20 was as an assembler?
21   A.   Yes.
22   Q.   What happened in 1992?
23   A.   In December, '92, I moved

Page 11

1  to Mississippi.
2    Q.   Why did you do that?
3    A.   I had a girlfriend whose
4  family lived over there.  They had
5  first lived in Alabama, and her parents
6  moved back to Mississippi.
7    Q.   How long were you in
8  Mississippi?
9    A.   Six months.
10   Q.   So you quit your job?
11   A.   Yes.
12   Q.   You gave them two weeks'
13 notice?
14   A.   Yes.
15   Q.   When you went to
16 Mississippi, did you work?
17   A.   Yes.
18   Q.   Where did you work over
19 there?
20   A.   A company called Magna
21 Tech.
22   Q.   How long did you work for
23 Magna Tech?

Page 12

1    A.   From January through June.
2    Q.   So when you went over in
3  December, you knew you had a job in
4  January at Magna Tech?
5    A.   No, I didn't.
6    Q.   You went -- you quit your
7  job, went over there, and found the job
8  at Magna Tech?
9    A.   Right.
10   Q.   What did you do at Magna
11 Tech?
12   A.   I was an assembler on an
13 assembly line.
14   Q.   What type of product was
15 that?
16   A.   They built light ballasts.
17   Q.   And then in June of '92,
18 did you move back?
19   A.   That was '93 that I moved
20 back.
21   Q.   So -- right.  From January
22 of '92 to June of '93, you were at
23 Magna Tech, and then you moved back to

3  (Pages 9 to 12)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

## FREEDOM COURT REPORTING

Page 13

1  where?
2     A.   We moved to Enterprise.
3     Q.   And when you got to -- why
4  did you move back?
5     A.   My wife had spent like, I
6  believe, six years in Alabama. That's
7  where we had met. She really liked
8  Alabama, and the only reason she wanted
9  to move back was to be closer to her
10  family. And so when I moved over
11  there, we had set a wedding date, we
12  were going to get married. So we did,
13  and after the wedding, we decided to
14  move back to Alabama.
15     Q.   When you moved to
16  Enterprise, did you have a job waiting
17  for you?
18     A.   Yes.
19     Q.   What job was that?
20     A.   Working at Reliable.
21     Q.   Did you call somebody from
22  Mississippi and ask if you could have a
23  job back?

Page 14

1     A.   No, I went to visit at
2  Reliable one Friday.
3     Q.   This was June of '93,
4  somewhere in there?
5     A.   Yes, before I quit Magna
6  Tech.
7     Q.   Who did you speak with?
8     A.   My supervisor, Mack
9  Sellers.
10     Q.   Did you get the same job
11  you had previously back?
12     A.   The same department.
13     Q.   The department, what did
14  you say that was?
15     A.   Department 2 -- well, at
16  that time, it was 4, but it's been
17  changed to 2.
18     Q.   When you were in Department
19  4 from '89 to '92, did you know Frank
20  Lett?
21     A.   Yes.
22     Q.   Was he in the same
23  department you were in?

Page 15

1     A.   Yes.
2     Q.   He was in Department 4 with
3  you?
4     A.   Yes.
5     Q.   What was his job?
6     A.   I believe he was a welder
7  at that time.
8     Q.   When you went back, you
9  went back in June of '93, and that was
10  Department 2, which is the same as
11  Department 4?
12     A.   Well, I'm not sure if it
13  had changed to Department 2 then or
14  not.
15     Q.   All right. You went back
16  to the same department you were in
17  previously?
18     A.   Yes.
19     Q.   Was Frank there, also?
20     A.   Yes.
21     Q.   What job did you go back
22  into?
23     A.   I was an assembler then,

Page 16

1  too, but there's different jobs of
2  assembly.
3     Q.   Still the job title was
4  assembler?
5     A.   Yes.
6     Q.   So in June of '93, you went
7  back as assembler, and then what did
8  you do?
9     A.   As far as a job?
10     Q.   Right, your job history.
11     A.   Well, the work picked up in
12  that area, and they decided they needed
13  a night shift to keep up with all the
14  work. And from my understanding, Frank
15  had a meeting with the supervisor and
16  whoever was over him at that time, and
17  they decided they needed to get
18  somebody to be a lead person on night
19  shift, and Frank recommended me.
20     Q.   Frank Lett did?
21     A.   Yes.
22     Q.   Was Frank already a lead
23  person?

4 (Pages 13 to 16)

# FREEDOM COURT REPORTING

Page 17

1    A.   Yes.
2    Q.   So when was this you became
3  a lead person on nights?
4    A.   It was either in '93 or
5  '94, I'm not sure which.
6    Q.   You returned in June of
7  '93, so you think it was within a year
8  of you coming back that you became a
9  lead person?
10   A.   I'm pretty sure it was.
11   Q.   But Frank was already a
12 lead person?
13   A.   Yes.
14   Q.   When you became -- do you
15 know how long Frank had been a lead
16 person when you became a lead person?
17   A.   No, I don't.
18   Q.   Did you work under Frank
19 when he was a lead person?
20   A.   Yes.
21   Q.   Do you know how long you
22 worked under him approximately?  Was it
23 around a year?

Page 18

1    A.   Before I became a lead
2  person?
3    Q.   Right.
4    A.   It was probably a year, I
5  guess.
6    Q.   If Frank became a lead
7  person in '94, did you think it could
8  have been '95 before you became a lead?
9    A.   It could have been.  It's
10 been many years since.
11   Q.   When you became a lead
12 person on nights, how many people were
13 you supervising at first?
14   A.   We started with about --
15 you know, to get started, we started
16 with like five people besides me and
17 then built it up to approximately
18 fifteen to twenty.
19   Q.   When you were working on
20 days with Frank as a lead person, how
21 many people did he have under him at
22 that time?
23   A.   It varied from, I would

Page 19

1  say, twenty to thirty.
2    Q.   And this was in the short
3  period of time when Frank supervised
4  you in the '94ish time period; right?
5    A.   Yes.
6    Q.   When you went to lead at
7  nights, were you doing the same
8  supervising, the same work that Frank
9  was supervising on days; the same type
10 of work?
11   A.   Yes.
12   Q.   You just had so much work
13 in that particular area that you needed
14 another shift is what happened?
15   A.   Right.
16   Q.   How long did you work at
17 nights as a lead person?
18   A.   It varied from year to
19 year, because I did it like three or
20 four years during the peak time, which
21 is from like March until August.  One
22 year it could have been from March
23 until July or March until June.  It's

Page 20

1  just according how much of the product
2  we sold.
3    Q.   So y'all ran a night shift
4  when you had -- during the peak period,
5  and then the night shift would end;
6  right?
7    A.   Yes.
8    Q.   And then what would you do
9  when there was no night shift?
10   A.   I would go back to day
11 shift.
12   Q.   Were you a supervisor on
13 days with Frank?
14   A.   No.
15   Q.   When you went back to days,
16 you were an assembler?
17   A.   Yes.
18   Q.   How long did you -- how
19 many years approximately did you work
20 this -- when you would go to nights
21 sometimes and then you would go back to
22 days?
23   A.   I believe it was three or

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 21

1  four years. I'm not sure exactly. It
2  was at least three.
3      Q.  And you would supervise
4  several months, whatever, from March up
5  until August, March to June, March to
6  July, each of those periods; right?
7      A.  Yes.
8      Q.  And were you called night
9  shift lead person?
10     A.  Yes.
11     Q.  Were you the only lead
12 person at night?
13     A.  No.
14     Q.  There was another lead
15 person at night working with you?
16     A.  No.
17     Q.  You were over your area,
18 and there was another lead person over
19 another area?
20     A.  Yes.
21     Q.  What area -- were you over
22 Department 2?
23     A.  Whatever it was.

Page 22

1      Q.  Department 2 or 4, whatever
2  it was?
3      A.  Yes.
4      Q.  And there was a -- who was
5  the other lead person at night?
6      A.  In a different area?
7      Q.  Yes, sir.
8      A.  William Baxler was on 6;
9  Department 6.
10     Q.  What is the difference in
11 Department 2 or 4 that you were over,
12 which Frank was on 2; right?  Is that
13 right, you and Frank were over the same
14 departments when you were night shift
15 lead person; right?
16     A.  Yes.
17     Q.  What is the difference in
18 the departments you and Frank were over
19 versus Department 6 concerning the
20 product that they did?
21     A.  I'm not sure I understand.
22     Q.  Did they make something
23 different in Department 6 than you

Page 23

1  made?
2      A.  Different products, yes.
3      Q.  What products were they
4  making in 6?
5      A.  I'm not familiar with 6
6  that much, so I wouldn't know.
7      Q.  Something that goes on an
8  HVAC unit?
9      A.  No, Department 6 is
10 architectural, I believe.
11     Q.  Do you know how long you've
12 had an architectural department?
13     A.  For sure, I don't know.
14     Q.  Does 2000 sound familiar?
15 I read in something that 2000 was --
16     A.  I'm not sure.
17     Q.  All right.  Has there
18 always been an architectural department
19 since you've been there?
20     A.  I'm not sure when they
21 classified it as that.
22     Q.  Since you've been there,
23 though, you don't know if there has

Page 24

1  always been something classified as
2  architectural; is that what you're
3  saying?
4      A.  Yes.
5      Q.  After you were in this lead
6  person position, you said, for three or
7  four years working night shift, and you
8  would go back to assembler, what was
9  your next job?
10     A.  The final time that I was
11 lead person on night shift, I came back
12 to days.  We had a lead person in
13 another area on days that his health
14 was getting bad, as I recall, and when
15 I was asked to step over and fill in
16 and learn that area, I said, yes, I
17 would.
18     Q.  Who is that person?
19     A.  Wilmer Fountain.
20     Q.  Do you remember when Wilmer
21 got sick and you went to learn his job?
22     A.  Yes.
23     Q.  When was that; what year?

6 (Pages 21 to 24)

# FREEDOM COURT REPORTING

Page 25

1    A.   I have no idea what year it
2  was.
3    Q.   But you said yes, so you
4  were on nights doing this night shift
5  back and forth for three or four years,
6  and then that's when you moved to learn
7  Wilmer's job?
8    A.   Yes.
9    Q.   Were you a lead person when
10 you were learning Wilmer's job?
11   A.   When I came off nights and
12 went to days, they asked me would I
13 learn that job and I said, yes.  And
14 they kept me as a lead person.
15   Q.   What job was Wilmer doing?
16   A.   Lead person.
17   Q.   Over what department?
18   A.   It was classified as
19 Department 4 at that time.
20   Q.   Was that different than the
21 department you had been working in with
22 Frank?
23   A.   Yes.

Page 26

1    Q.   How was it different?  What
2  were you doing differently?
3    A.   Different type of grills.
4    Q.   What type of grills were
5  you doing in Department 4?
6    A.   In Department 4, you go by
7  the orders that are sent out.  In the
8  department I came from, you build up as
9  stock.  There's something you do
10 constantly every day.
11   Q.   How long was Wilmer there
12 when you worked as a lead person?
13   A.   I don't recall him being
14 there.
15   Q.   Who taught you how to do it
16 over there?
17   A.   Kenneth Taylor.
18   Q.   So Wilmer had already gone,
19 and Kenny taught you?
20   A.   Yes.
21   Q.   What was Kenny's job?
22   A.   He was the assistant
23 supervisor.

Page 27

1    Q.   Do you know how long Kenny
2  had been assistant supervisor when he
3  taught you?
4    A.   No, I don't.
5    Q.   When you went over to that
6  job that Wilmer was leaving, do you
7  know if anybody else was asked if they
8  wanted to go over and work on that job?
9    A.   I wasn't aware of anyone.
10   Q.   Did you see a job posting
11 for the day shift lead person job that
12 Mr. Fountain was leaving?
13   A.   No.
14   Q.   When you went over to Mr.
15 Fountain's job, you became a lead
16 person on the days all the time?
17   A.   Yes.
18   Q.   You didn't shift back and
19 forth?
20   A.   Right.
21   Q.   Did it change your pay?
22 Did you get an increase in pay on that
23 job when you went over there from the

Page 28

1  lead person on nights?
2    A.   It stayed the same from
3  what I was making on night shift.
4    Q.   When you bounced back from
5  night shift lead person to day shift
6  assembler, did your pay go down?
7    A.   Yes.
8    Q.   Did anybody else train you
9  on Mr. Fountain's job other than Kenny
10 Taylor?
11   A.   I'm sure there might have
12 been some workers in that area that
13 helped me, and I'd ask them questions
14 whenever Kenneth wasn't around.
15   Q.   Were you working on days
16 the whole time in that job?
17   A.   Yes.
18   Q.   And Ken Taylor was the
19 assistant supervisor; right?
20   A.   Yes.
21   Q.   What areas was he
22 supervising other than your Department
23 4?

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 29

1  A.  He was over 4 and 5.
2  Q.  Were those in the
3  architectural section?
4  A.  No.
5  Q.  Was 4 in the architectural
6  section?
7  A.  No.
8  Q.  Was 5?
9  A.  No.
10  Q.  I thought you said you
11  moved to lead person over 4 and that's
12  when Mr. Fountain left.
13  A.  Yes.
14  Q.  That was not architectural;
15  right?
16  A.  No.
17  Q.  You were just building a
18  made-to-order grill?
19  A.  Right.
20  Q.  When you say made this type
21  of grill where somebody would call it,
22  explain to me how that would work. The
23  customer would call in and say we need

Page 30

1  this many grills for our hotel or
2  whatever?
3  A.  I assume the customer
4  called the sales people in the office
5  and ordered the certain types of grills
6  they wanted. And those orders got
7  printed out every morning and sent to
8  the proper departments.
9  Q.  Such as yours?
10  A.  Yes.
11  Q.  So would you get -- how
12  would it come to you when you were on
13  that job that -- how would you learn
14  you had to build this type of grill?
15  Would you get a blueprint?
16  A.  The orders would go to the
17  supervisor, and he would take note of
18  how many grills of this type he
19  received, how many of this type he
20  received. He would total them up, and
21  then he would disburse them out to the
22  appropriate areas with the lead people
23  where the grills are built.

Page 31

1  Q.  What would he give you?
2  A.  He would give me a stack of
3  orders.
4  Q.  Would it tell you what kind
5  of grill to build?
6  A.  Would it tell you?
7  Q.  The order, right.
8  A.  Yes.
9  Q.  So how would you -- did you
10  have to manufacture the grill from
11  scratch?
12  A.  Yes.
13  Q.  And was it different every
14  time, or did you have -- were there
15  various sizes of grills you would end
16  up making?
17  A.  It was different.
18  Q.  How would you -- tell me
19  how you would do your job as far as
20  deciding how to make this particular
21  grill.
22  A.  Well, I had notes that I
23  had written down and took while Kenneth

Page 32

1  was teaching me, and I used my notes to
2  look at the order and write up the saw
3  sheet from the first point. You know,
4  that's what you do; you write up what
5  the saw man has to cut them at and what
6  type of metal. I went by my notes and
7  followed my notes to learn how until I
8  didn't need my notes anymore.
9  Q.  You would get an order for
10  a particular size grill, and you would
11  cut the pieces of the grill into a
12  certain size in order to make the
13  grill; right --
14  A.  Right.
15  Q.  -- and you would give that
16  to the saw guy; right?
17  A.  Yes.
18  Q.  Does the saw guy only work
19  for you, or does the saw guy work for
20  various departments?
21  A.  They have been known to
22  work for other departments, too,
23  whenever they're caught up in our area

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 33

1  or another area needs help. The saws
2  are interchangeable. We have got
3  several different dies and other metal
4  that other departments can use on our
5  saw.
6      Q.    Does each department have a
7  saw person?
8      A.    Most of them do.
9      Q.    So you would -- in
10  Department 4 when you were lead person,
11  you had a designated saw guy?
12      A.    Yes.
13      Q.    And you would give him the
14  measurements, and he would cut it?
15      A.    Yes.
16      Q.    Had you ever worked as a
17  saw operator?
18      A.    Occasionally, I filled in.
19      Q.    When you filled in as a saw
20  operator, did you fill in on these
21  specialty grills sometimes?
22      A.    Yes.
23      Q.    You would also have to work

Page 34

1  as a saw operator for the standard
2  grills, too?
3      A.    Yes.
4      Q.    You had to cut either one;
5  right?
6      A.    Yes.
7      Q.    Do you remember Frank Lett
8  working as a saw operator? Were you
9  there then?
10      A.    Yes.
11      Q.    Do you remember him working
12  on specialty items as well as regular
13  items?
14      A.    No.
15      Q.    What do you remember him
16  doing?
17      A.    I only remember him working
18  in one area.
19      Q.    What area was that?
20      A.    The 8500 area.
21      Q.    Was that a standard area?
22      A.    That's the area I started
23  in.

Page 35

1      Q.    Standard cut size?
2      A.    Yes.
3      Q.    Is there -- when you worked
4  as a saw operator in the other area for
5  the specialty cut grills, what did you
6  have to do differently, if anything?
7      A.    Mostly what I would do when
8  I filled in on saw would be to cut the
9  size that has been wrote up. Like when
10  I was the lead person, I figured it up
11  for my saw operator; okay? Somebody
12  else figured it up for me, so I sawed
13  it.
14      Q.    When you say you figured it
15  up, tell me how you would go about
16  figuring out how the particular pieces
17  are sized.
18      A.    I don't know how to explain
19  to you how I did it.
20      Q.    Would you get the
21  dimensions from your supervisor for the
22  grill?
23      A.    Well, I had samples I had

Page 36

1  wrote down from my notes that I went
2  by.
3      Q.    Did you receive blueprints
4  on how to make these grills? Do you
5  know what I'm talking about by a
6  blueprint?
7      A.    We had copies in a filing
8  cabinet, you know, that showed samples.
9      Q.    And they would show the
10  sizes of the pieces to be cut?
11      A.    Yes.
12      Q.    After you cut the pieces
13  with your saw operator, the next thing
14  you did is you put them together;
15  right, in the assembly department?
16      A.    Assuming that you have got
17  more than one saw that you have to saw
18  on. You may have two saws that saws
19  different metal; one miters the metal
20  and one straight cuts the metal. Then
21  you've got blades, and if they have to
22  be cut on a press, you have to get it
23  all together before you can assemble

9 (Pages 33 to 36)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 37

1  it.
2      Q.    And then what did you do;
3  you put it together?
4      A.    Yes.
5      Q.    You have to cut holes in
6  the metal in order to put it together;
7  screw it together?
8      A.    They have to be punched,
9  mount holed.  It could be different
10 clip holes.  It's depending on how the
11 order is wrote up as to how it's built.
12     Q.    How long did it take you to
13 learn how to be a lead person in that
14 department; in 4?
15     A.    How long did it take me to
16 understand it on my own?  Can you
17 rephrase what you're asking?
18     Q.    Well, at some point in
19 time, did you not need Mr. -- did you
20 not need Kenny Taylor's help anymore to
21 do your lead person job?
22     A.    Yeah.  I mean, I could do
23 it later on, you know.

Page 38

1      Q.    How long did that take
2  before you didn't need him anymore?
3      A.    I still had to ask him
4  questions all along, you know.
5      Q.    You still today have to ask
6  questions in your job as an assistant
7  supervisor?
8      A.    Yes.
9      Q.    He's there to help you when
10 you need him?
11     A.    Yes.
12     Q.    Do you have -- you
13 graduated from high school; right?
14     A.    Yes.
15     Q.    Did you attend college?
16     A.    Yes.
17     Q.    What -- how long did you go
18 to college?
19     A.    I'm not sure if you can say
20 how long.  All I've done is went to
21 school at night off and on through the
22 years.
23     Q.    Do you have a degree?

Page 39

1      A.    No.
2      Q.    What were you studying at
3  night?
4      A.    I was just taking basic
5  classes like English 101, 102; basic
6  accounting.  There's several classes
7  that I've took.  I can't recall all of
8  them.
9      Q.    Have you had any
10 engineering classes, drafting classes,
11 things like that?
12     A.    I signed up for a drafting
13 class, but I didn't finish it.
14     Q.    What college was that that
15 you attended?
16     A.    Enterprise State Junior
17 College.
18     Q.    Have you attended any other
19 colleges?
20     A.    No.
21     Q.    When did you last go to
22 Enterprise State Junior College?
23     A.    I can't recall.  It's been

Page 40

1  several years now.
2      Q.    Have you attended college
3  since you've been working at this
4  company?
5      A.    Yes.
6      Q.    Did you pay for it or did
7  the company pay for it?
8      A.    I paid for it.
9      Q.    And they reimbursed you?
10     A.    If I finished the class
11 with a C or above.
12     Q.    They have a tuition
13 reimbursement program?
14     A.    Yes.
15     Q.    How long did you work as a
16 lead person in Department 4?
17     A.    I want to say about five
18 years.
19     Q.    What is the next job you
20 held?
21     A.    I moved from that area to
22 another area as lead person.
23     Q.    What area was that?

10 (Pages 37 to 40)

# FREEDOM COURT REPORTING

Page 41

1    A.   Department 5.
2    Q.   Is that on the
3   architectural side?
4    A.   HVAC.
5    Q.   What is the difference in 4
6   and 5 as far as what you do?
7    A.   You've just got different
8   areas that build different types of
9   grills.
10    Q.   Are they standard grills in
11   Department 5?
12    A.   No.
13    Q.   They're custom grills?
14    A.   It's hard to answer that,
15   because customers call in what they
16   want.  We've got several different
17   lines we run in certain areas, and some
18   of them could be standard.  As far as,
19   you know, if they order a VF, we don't
20   stock them or anything, so they have to
21   be built from scratch.
22    Q.   So what is the difference
23   in what Section 4 does and Section 5

Page 42

1   does; they just build different types
2   of grills?
3    A.   Yes.
4    Q.   Is the machinery different
5   in Section 4 than from Section 5 that
6   allows you to build different sizes?
7    A.   Yes.
8    Q.   Do you build bigger grills
9   in 5 than 4?
10    A.   No.  We just have different
11   punches, different presses.  Different
12   types of metal can be done up here and
13   different down here (indicating).  You
14   can't -- they're not interchangeable as
15   far as the machines punching certain
16   types of metal.
17    Q.   In the department where you
18   do standard work, do you still have to
19   punch the pieces?
20    A.   Yes.
21    Q.   Do you have to cut the
22   pieces with a saw?
23    A.   Yes.

Page 43

1    Q.   Do you have to assemble the
2   pieces?
3    A.   Yes.
4    Q.   What do you have to do in
5   departments where you -- like
6   Department 4 that's different than you
7   have to do with the standard; in the
8   standard department?
9    A.   Where I started; the area
10   that me and Frank worked together in?
11    Q.   Right.
12    A.   All of that area there is
13   standard.  You do the same thing over
14   and over every day; nothing changes.
15   In Departments 4 and 5, everything is
16   completely different.  You go by orders
17   that come in every day, and there may
18   be special requirements on those
19   orders.
20    Q.   Has Frank ever worked over
21   in Departments 4 or 5 since you've been
22   over there helping out nights or
23   weekends?

Page 44

1    A.   I'm sure he has helped out
2   some.
3    Q.   What did he do?
4    A.   As far as I know, all I
5   have seen him do is assemble.
6    Q.   You say all -- have you
7   talked to him about what he's done in
8   those departments?
9    A.   No.
10    Q.   So how long were you in
11   Department 5 as a lead person?
12    A.   I'm not real sure how long
13   I've been a lead person.  It's
14   somewhere around five to seven years,
15   I'm sure.
16    Q.   My question is:  How long
17   were you in 4 and how long were you in
18   5?
19    A.   Oh, I can't say the exact
20   dates; years.  I don't know.
21    Q.   I don't care about the
22   years.  Were you in 4 longer than 5 or
23   5 longer than 4; do you know that even?

11 (Pages 41 to 44)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 45

1    A.    I think they were about the
2  same.
3    Q.    After you were in
4  Department 5, where did you go after
5  you finished -- after being a lead
6  person in 5, did you have another job?
7    A.    That's the position I have
8  now.
9    Q.    Lead person in Department
10  5?
11    A.    No, assistant supervisor.
12    Q.    But when you originally
13  went to 5, were you a lead person or
14  were you assistant supervisor?
15    A.    I was a lead person in 4
16  and went to 5 as a lead person.
17    Q.    And then you became
18  assistant supervisor?
19    A.    Yes.
20    Q.    Over what department?
21    A.    Departments 4, 5, and 2.
22    Q.    How long were you in
23  Department 5 before you became a lead

Page 46

1  person over those three departments?
2    A.    How long was I a lead
3  person?
4    Q.    You were a lead person in
5  Department 5 for a little while, and
6  then you became an assistant
7  supervisor?
8    A.    Right.
9    Q.    How long did you work as a
10  lead person in 5 before you became an
11  assistant supervisor?
12    A.    Like I said earlier, it's
13  hard to say how long it was.  I'm not
14  real sure.
15    Q.    You have no idea whether it
16  was a year, two years?
17    A.    If I had to guess, I would
18  say three years.
19          MR. HARBUCK: You're not
20  required to guess.  If you have an
21  estimate, that's fine.
22    Q.    Were you a lead person
23  longer than you had been an assistant

Page 47

1  supervisor?
2    A.    Yes.
3    Q.    Do you know when you became
4  assistant supervisor?
5    A.    October of '04.
6    Q.    How did you become an
7  assistant supervisor?
8    A.    I was approached by my
9  supervisor, and he said that him and
10  David, who is the HVAC manager, had
11  been talking about hiring an assistant
12  supervisor, and he asked me was I
13  interested.  And I said, yes, and he
14  said, okay, that he had a questionnaire
15  that him and David had come up with, he
16  would like to get me one so I could
17  fill it out, and I said okay.
18    Q.    Did he give you one?
19    A.    Later on he gave me one and
20  told me to fill it out and turn it in.
21    Q.    When did he give you the
22  questionnaire?
23    A.    I don't know when it was.

Page 48

1    Q.    Was it -- how long before
2  you got promoted did he give you the
3  questionnaire?
4    A.    I don't know.
5    Q.    How long before you had the
6  conversation with him about the
7  promotion did he give you the
8  questionnaire?
9    A.    How long --
10    Q.    Initially, he just met with
11  you and said there's a position coming
12  open, I'm going to give you a
13  questionnaire, and you said later on he
14  gave you the questionnaire --
15          MR. HARBUCK: Object to the
16  form.
17    Q.    -- is that right?
18    A.    Yes.
19    Q.    Okay.  All I want to know,
20  are you talking about months between
21  him talking to you, or was it just a
22  couple of weeks when he gave you the
23  questionnaire?

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 49

1      MR. HARBUCK: Object to the
2  form.
3      A.   I don't know how long it
4  was.
5      Q.   Who was there when he
6  talked to you about the -- did he talk
7  to you about the questionnaire when he
8  handed it to you?
9      A.   No.
10     Q.   How -- did he give it to
11 you by hand or --
12     A.   Yes.
13     Q.   Who gave -- we're talking
14 about Kenny Taylor; right?
15     A.   Yes.
16     Q.   And Kenny Taylor is the
17 person we just talked about who trained
18 you in Departments 4 and -- Department
19 4; right?
20     A.   Yes.
21     Q.   Did he train you in
22 Department 5?
23     A.   No.  We had a lead person

Page 50

1  in that area that was stepping down who
2  I was replacing.
3      Q.   Who was that?
4      A.   Mavis Baxley.
5      Q.   Mavis Baxley, is that a man
6  or a woman?
7      A.   Woman.
8      Q.   Do you know why Mavis
9  stepped down?
10     A.   I don't recall why.
11     Q.   Is she still there today?
12     A.   No.
13     Q.   How did you come to find
14 out you were going to move to 5?  Did
15 Mr. Taylor tell you that?
16     A.   He asked me would I be
17 interested in moving to Mavis' area,
18 and I said yes.
19     Q.   Why did you say yes?
20     A.   I wanted to learn all I
21 could.
22     Q.   You saw that as an
23 opportunity to learn more?

Page 51

1      A.   Yes.
2      Q.   Do you know if anybody else
3  was asked if they were interested in
4  moving to Section 5?
5      A.   I don't know if anybody
6  else was asked.
7      Q.   Do you know -- did you see
8  that position posted, the vacancy in 5
9  that Mavis was leaving?
10     A.   No.
11     Q.   Does your company post
12 vacancies for lead person positions?
13     A.   Yes, I have seen them.
14     Q.   When did you see one
15 posted?
16     A.   I don't know the exact
17 dates or anything like that, but I've
18 seen them posted on the bulletin board.
19     Q.   Have you seen it posted in
20 Section -- when you got the position in
21 Section 4, you didn't see that posted,
22 did you?
23     A.   No.

Page 52

1      Q.   Section 5, you didn't see
2  that posted; right?
3      A.   No.
4      Q.   The person who spoke to you
5  about Section 5, was that also Kenny
6  Taylor who talked to you about moving
7  over there?
8      A.   Yes.
9      Q.   And he was the one who
10 spoke to you about Section 4, also;
11 right?
12     MR. HARBUCK:  Department
13 4?
14     Q.   Department 4.
15     A.   Yes.
16     Q.   Do you know if Frank has
17 ever been asked if he would work --
18 like to work in the departments where
19 you build made-to-order units; grills?
20     A.   I don't know.
21     Q.   Do you get along with
22 Frank?
23     A.   Yes.

13  (Pages 49 to 52)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 53

1  Q.  Do you consider him a
2  friend?
3  A.  Yes.
4  Q.  The assistant supervisor
5  job in 2004, was it also Kenny -- you
6  said it was Kenny Taylor who spoke to
7  you about that?
8  A.  Yes.
9  Q.  Did you see that job
10  posted?
11  A.  No.
12  Q.  Do you know of anybody else
13  that was talked to about that job, the
14  assistant supervisor job that you got
15  in 2004?
16  A.  Kenneth said he was going
17  to hand some out to all the lead people
18  that was under him.
19  Q.  The questions?
20  A.  Yes.
21  Q.  At that time, name for me
22  as many of those lead people as you
23  can.  We've got you, Frank Lett; right?

Page 54

1  A.  Right.  Wendell Ard
2  and Harmon Sellers.
3  Q.  Anybody else?
4  A.  That's all the lead people
5  we've got.
6  Q.  That's all the lead people
7  that are under Kenny?
8  A.  Right.
9  Q.  Kenny was over what at that
10  time in October of 2004?
11  A.  He's supervisor.
12  Q.  He had been promoted to
13  supervisor?
14  A.  Yes.
15  Q.  Supervisor over --
16  A.  Departments 2, 4, and 5.
17  Q.  When Kenny moved to
18  supervisor, did that open an assistant
19  supervisor job?
20  A.  We didn't know for sure if
21  that position was going to be replaced
22  or not.
23  Q.  Right.  I just want to get

Page 55

1  -- my understanding of what happened is
2  that Kenny was the assistant
3  supervisor --
4  A.  Yes.
5  Q.  -- and at some point, he
6  got promoted to supervisor?
7  A.  Yes.
8  Q.  Did you see that supervisor
9  job posted that Kenny moved into?
10  A.  Did I see it?
11  Q.  Yes.
12  A.  I don't recall seeing it.
13  Q.  So how long was Kenny the
14  supervisor before you moved to
15  assistant supervisor?
16  A.  I don't know.
17  Q.  Did you ask about the
18  assistant supervisor job when Kenny
19  vacated and moved to the supervisor
20  job?
21  A.  No.
22  Q.  When Kenny moved to the
23  supervisor job, was somebody already in

Page 56

1  that job that he took over from?
2  A.  Supervisor?
3  Q.  Right.  When he went from
4  assistant supervisor to supervisor, was
5  there somebody that left the supervisor
6  job that created a vacancy for Kenny to
7  move into?
8  A.  Yes.
9  Q.  Who was that?
10  A.  David Burch.
11  Q.  David Burch, where did he
12  go?
13  A.  HVAC manager.
14  Q.  So he went up to manager?
15  A.  Yes.
16  Q.  Was there a vacancy that
17  David Burch moved into because someone
18  else left?
19  A.  I'm not aware of that.
20  Q.  When you moved to the
21  assistant supervisor job, you left your
22  lead person job; right?
23  A.  Yes.

14  (Pages 53 to 56)

# FREEDOM COURT REPORTING

Page 57

1    Q.   Who moved into that job?
2    A.   No one.
3    Q.   Is that vacant today?
4    A.   Kenneth has yet to hire
5  anybody for that position. He's
6  waiting to see if we need one.
7    Q.   And that would be the lead
8  person over Department 5; right?
9    A.   Right.
10   Q.   Who is the lead person over
11  Department 4 today?
12   A.   This is hard to answer
13  because Department 4 and 5 have
14  combined.
15   Q.   Okay. All right. So is
16  there a lead -- when you left
17  Department 4 to move to Department 5,
18  were you also -- did you also take over
19  Department 4? Is that when they
20  combined?
21   A.   No.
22   Q.   Okay.
23   A.   They still were separated,

Page 58

1  but the whole area became 5.
2    Q.   Initially, when you left 4
3  to go to 5, did somebody take over 4 as
4  lead person that you vacated?
5    A.   I think when I was in 4,
6  some of those lines were moved from one
7  place to another, so there was no need
8  for a lead person to replace me in that
9  area.
10   Q.   Where did those lines go?
11   A.   Some went to Wendell Ard
12  and some went to Mavis.
13   Q.   So when you were in 4, the
14  lines that were in 4 split up and went
15  other places; right, because Mavis was
16  still there then?
17   A.   We had two areas of 4;
18  Wendell was over one area, I was over
19  another --
20   Q.   Right.
21   A.   -- and Mavis was in 5.
22  Some of the lines that I was over in 4
23  went with Wendell, but Wendell had his

Page 59

1  own lines. He took over some of the
2  lines that I was over and some of them
3  went to 5.
4    Q.   And then you didn't have
5  any lines under you; is that right?
6    A.   That's when I went to take
7  Mavis' place.
8    Q.   Because Mavis had stepped
9  down?
10   A.   Right.
11   Q.   Did Mavis step down before
12  the lines split up like that?
13   A.   I'm not sure.
14   Q.   When you went over to 5,
15  you still were over some of the lines
16  you had been over previously in 4; is
17  that right, because they had moved over
18  to Mavis?
19   A.   As I recall, just one line
20  had moved to Mavis' area.
21   Q.   Your other lines went to
22  Wendell?
23   A.   As far as I know.

Page 60

1    Q.   How many lines were you
2  over when you were in 4?
3    A.   Five, I believe.
4    Q.   So four of your lines went
5  to Wendell and one of your lines went
6  to Mavis; is that right?
7    A.   I'm pretty sure that's
8  right.
9    Q.   And did any of Mavis' lines
10  go to Wendell?
11   A.   No.
12   Q.   Are all the lines the same
13  size?
14   A.   You can build several
15  product lines on the same table they
16  have.
17   Q.   Your lines are on tables?
18   A.   I'm saying they -- we
19  choose what to work on, what orders go
20  out first, and you put the employees on
21  that line. What I'm saying is that you
22  have got several tables. You can build
23  several different lines on the same

15 (Pages 57 to 60)

## FREEDOM COURT REPORTING

|     | Page 61 |
| --- | --- |
| 1   | table. |
| 2   | Q.    When you were in Department |
| 3   | 4, what is the highest number of people |
| 4   | you supervised? |
| 5   | A.    In Department 4, the |
| 6   | highest number would probably be eight |
| 7   | or ten. |
| 8   | Q.    When you were in Department |
| 9   | 5, what is the highest number of people |
| 10  | you supervised? |
| 11  | A.    The highest number, it |
| 12  | could range from ten to twenty. |
| 13  | Q.    What is -- generally, when |
| 14  | you were in 4, how many people were you |
| 15  | supervising?  If the most you |
| 16  | supervised was eight to ten, what is |
| 17  | the average number you were supervising |
| 18  | on a daily basis? |
| 19  | A.    It's different every day. |
| 20  | Q.    Some days was there one |
| 21  | person? |
| 22  | MR. HARBUCK:  Object to the |
| 23  | form. |

|     | Page 62 |
| --- | --- |
| 1   | A.    More than likely, you had |
| 2   | more than one person.  You can't run a |
| 3   | line just by one person. |
| 4   | Q.    What is the lowest number |
| 5   | of people you supervised when you were |
| 6   | in Department 4? |
| 7   | A.    About three. |
| 8   | Q.    What is the lowest number |
| 9   | of people you supervised over in 5? |
| 10  | A.    The lowest number? |
| 11  | Q.    Yes, sir. |
| 12  | A.    It's according to how much |
| 13  | work is in the area. |
| 14  | Q.    When it's slow -- |
| 15  | A.    One day it could be three |
| 16  | or four, one day it could be twenty. |
| 17  | Q.    Three or four people, and |
| 18  | some days it could be twenty people? |
| 19  | A.    Yes. |
| 20  | Q.    When you're only |
| 21  | supervising three to four people, where |
| 22  | do those other people go?  You don't |
| 23  | lay them off, do you? |

|     | Page 63 |
| --- | --- |
| 1   | A.    We send them to other areas |
| 2   | that need help. |
| 3   | Q.    So the people rotate from |
| 4   | one area to the other; is that right? |
| 5   | A.    Yes. |
| 6   | Q.    On some occasions, do the |
| 7   | people in the areas that you're over, |
| 8   | for instance, 5, do they go to work for |
| 9   | Frank in his area when he needs help? |
| 10  | A.    Yes. |
| 11  | Q.    And sometimes Frank's |
| 12  | people come to your area to work? |
| 13  | A.    They have, yes. |
| 14  | Q.    An assembler can work -- is |
| 15  | it true an assembler can work in any |
| 16  | area as long as you give them the parts |
| 17  | and tell them how to put it together? |
| 18  | A.    Yes. |
| 19  | Q.    The bulk of the people you |
| 20  | supervise, are they assemblers? |
| 21  | A.    Yes. |
| 22  | Q.    Do you supervise welders? |
| 23  | A.    Now? |

|     | Page 64 |
| --- | --- |
| 1   | Q.    Well, when you were a lead |
| 2   | person.  Sorry. |
| 3   | A.    When I was a lead person? |
| 4   | Q.    Right.  Like in Department |
| 5   | 5, did you supervise any welders -- |
| 6   | A.    No. |
| 7   | Q.    -- in Department 4 as a |
| 8   | lead person? |
| 9   | A.    No. |
| 10  | Q.    When you build specialty |
| 11  | items, you know, the made-to-order |
| 12  | items, do you have -- is there any |
| 13  | welding that goes on? |
| 14  | A.    Yes, sometimes. |
| 15  | Q.    Who supervises the |
| 16  | welders?  Is that Kenny? |
| 17  | A.    Yes. |
| 18  | Q.    You have never welded; |
| 19  | right? |
| 20  | A.    I have on occasion. |
| 21  | Q.    So do you know how to weld? |
| 22  | A.    I know how to weld what |
| 23  | goes into the product in Frank's area. |

16 (Pages 61 to 64)

# FREEDOM COURT REPORTING

| Page 65 | Page 67 |
|---|---|
| 1    Q.    Are y'all's products | 1    Q.    So when you were given a -- |
| 2  aluminum? | 2  handed a list of questions to fill out, |
| 3    A.    Yes. | 3  how long did you have to fill out the |
| 4    Q.    Heliarc welding, do you | 4  list to answer those four questions? |
| 5  know how to do that? | 5    A.    Three weeks. |
| 6    A.    I don't know what type of | 6    Q.    And then you had to turn it |
| 7  welding it's called. | 7  back in? |
| 8    Q.    What do you do -- | 8    A.    Yes. |
| 9    A.    When I weld? | 9    Q.    Where did you answer the |
| 10    Q.    -- when you weld? | 10  questions? |
| 11    A.    Fold greens and put them | 11        MR. HARBUCK:  Object to the |
| 12  together in a die and tack weld them. | 12  form. |
| 13    Q.    You tag weld? | 13    A.    At home. |
| 14    A.    Tack. | 14    Q.    And you wrote them out at |
| 15    Q.    That's when you do little | 15  your house, the answers? |
| 16  pieces? | 16    A.    Yes. |
| 17    A.    Yes. | 17    Q.    And then you handed it back |
| 18    Q.    Who trained you on how to | 18  in? |
| 19  tack weld? | 19    A.    Yes. |
| 20    A.    Who trained me?  Earl | 20    Q.    Did you get any |
| 21  Williams. | 21  instructions on how to fill out the |
| 22    Q.    Was that when you were | 22  questions? |
| 23  first working at the company? | 23    A.    No. |

| Page 66 | Page 68 |
|---|---|
| 1    A.    That was before I moved up | 1    Q.    Kenny is the person who |
| 2  as a lead person in that area at night. | 2  told you to answer the questions; Kenny |
| 3    Q.    So when you were working | 3  Taylor is the one who handed it to |
| 4  for Frank? | 4  you -- |
| 5    A.    Yes. | 5    A.    Yes. |
| 6    Q.    Have you seen Frank weld? | 6    Q.    -- and said to answer them; |
| 7    A.    Yes. | 7  right? |
| 8    Q.    Is that the only kind of | 8    A.    Yes. |
| 9  welding y'all do; tack welding? | 9    Q.    He told you when he gave |
| 10    A.    No. | 10  you the questions, this is for the |
| 11    Q.    Is that the only kind of | 11  supervisor job -- assistant supervisor |
| 12  welding you know how to do? | 12  job; right? |
| 13    A.    Yes. | 13    A.    Yes. |
| 14    Q.    Do you still weld today? | 14    Q.    Did you receive any help |
| 15    A.    No. | 15  answering the questions? |
| 16    Q.    Do y'all have a union | 16    A.    No. |
| 17  agreement? | 17    Q.    After you -- who did you |
| 18    A.    No. | 18  hand the questions to -- the answers |
| 19    Q.    Y'all don't have a | 19  to? |
| 20  collective bargaining agreement? | 20    A.    Kenneth Taylor. |
| 21  There's no union at your company; | 21    Q.    Did you receive -- were you |
| 22  right? | 22  interviewed for the job of assistant |
| 23    A.    No. | 23  supervisor? |

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 69

1     A.   No.
2     Q.   Have you been interviewed
3  for any job you have moved into with
4  this company?
5         MR. HARBUCK:  Object to the
6  form.
7     A.   Have I been interviewed?
8     Q.   You know, you moved into
9  the lead person job.  Did you get an
10  interview for the job?
11        MR. HARBUCK:  Object to the
12  form.
13     A.   No.
14     Q.   Herman Sellers -- Harmon
15  Sellers, is that his name; Harmon
16  Sellers?
17     A.   Yes.
18     Q.   What department is he a
19  lead person over?
20     A.   Five.
21     Q.   Is he still there today?
22     A.   Yes.
23     Q.   Is that the same Department

Page 70

1  5 you were over?
2     A.   Yes, but a different area.
3     Q.   Does 5 have more than one
4  lead person?
5     A.   Yes.
6     Q.   Does 4 -- did 4 have more
7  than one lead person when you were lead
8  person over there?
9     A.   Me and Wendell.
10     Q.   What about 6, was there
11  more than one lead person over in 6?
12     A.   Yes.
13     Q.   Who were the lead persons
14  over 6?
15     A.   I don't recall who they
16  were.
17     Q.   That's not under Kenny's
18  area; is that right?
19     A.   No.
20     Q.   How old is Mr. Sellers,
21  approximately?
22     A.   I don't know exactly, but
23  he's around sixty something.

Page 71

1     Q.   Have you heard rumors he's
2  going to retire?
3     A.   Yes.
4     Q.   Has he talked about when
5  his retirement is coming or that he
6  plans to be out of here in a few more
7  years, that kind of stuff?
8     A.   He hasn't said when he's
9  going to retire to me.  He hasn't
10  talked about it.
11     Q.   How old is -- approximately
12  how old is Wendell?
13     A.   I would say forty-five.
14     Q.   What is your date of birth?
15     A.   7/1/71.
16     Q.   Do you know when Frank Lett
17  started working at the company?
18     A.   I do not.
19        MR. HARBUCK:  John, I need
20  a break here pretty directly.
21        MR. GOLDFARB:  That's
22  fine.
23        (Brief recess.)

Page 72

1     Q.   (BY MR. GOLDFARB)  When you
2  moved -- we're back from the break.
3         When you moved into the
4  position as assistant supervisor, did
5  you -- were you over Departments 2, 4,
6  and 5?
7     A.   Department 4 had changed
8  into 5.
9     Q.   So it would be just 2 and
10  5?
11     A.   Right.
12     Q.   And what lead persons would
13  be under you?  Would it be Frank,
14  Wendell, and Harmon?
15     A.   Yes.
16     Q.   That's it?
17     A.   Yes.
18     Q.   How did your duties and
19  responsibilities change when you became
20  assistant supervisor from what you had
21  been doing before you moved into that
22  job?
23     A.   My responsibilities became

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 73

1  more of a bigger area. When I was lead
2  person, I was over a few product lines,
3  whereas as an assistant, I'm over
4  everything that came over. We have to
5  work together more closely on the whole
6  area, not just focus on where I was
7  lead person.
8      Q.    What do you do that's
9  different than what Kenny does?
10     A.    What do I do different?
11     Q.    Yes.
12     A.    We both work together every
13 day. We meet and talk about what we're
14 going to do, what areas we're going to
15 work on, and he gives me instructions,
16 you know, of what to do. After we talk
17 about it and get out there on the floor
18 and tell the workers what we want
19 worked on that day, I mostly follow up
20 on each area making sure that we're
21 working on the right products and
22 everything is going okay.
23     Q.    Are you a salaried employee

Page 74

1  now?
2      A.    No.
3      Q.    You're still hourly?
4      A.    Yes.
5      Q.    Did your pay go up when you
6  became an assistant supervisor?
7      A.    Yes.
8      Q.    What was your pay prior per
9  hour when you were a lead person at the
10 last job you had when you were over 5?
11     A.    What was my pay per hour as
12 a lead person before I moved up?
13     Q.    Right. In October of 2004,
14 I know you moved to assistant
15 supervisor. What was your pay right
16 before you moved up?
17     A.    To be exact, I couldn't
18 tell you. I believe it was thirteen --
19 just a little over thirteen, but I
20 can't remember for sure.
21     Q.    Thirteen something,
22 whatever?
23     A.    Yes.

Page 75

1      Q.    And then it went to what?
2      A.    Fifty cents higher than
3  what it was.
4      Q.    So you got a fifty cent
5  raise when you went to assistant
6  supervisor?
7      A.    Yes.
8      Q.    Have you received any
9  raises since you became assistant
10 supervisor in October of 2004?
11     A.    Yes.
12     Q.    How many raises?
13     A.    One.
14     Q.    When was that?
15     A.    My annual raise was in May,
16 I believe.
17     Q.    Of last year; right?
18     A.    Yes.
19     Q.    How much did you get a
20 raise, how much?
21     A.    I don't recall an exact
22 amount. It was like forty-two cents or
23 forty something.

Page 76

1      Q.    What is your salary now, or
2  your hourly rate now?
3      A.    Fourteen ninety-eight.
4      Q.    Do you get overtime?
5      A.    Yes.
6      Q.    How much overtime on
7  average in your peak season, I guess?
8  You have got your peak season and you
9  have got your non-peak season; right?
10     A.    Right.
11     Q.    Do you get more overtime in
12 the peak season?
13     A.    Yes.
14     Q.    When is the peak season?
15     A.    Usually around March
16 through August.
17     Q.    So you are in peak season
18 now?
19     A.    Yes.
20     Q.    What are you averaging per
21 week now?
22     A.    Hours?
23     Q.    Right, how many hours?

# FREEDOM COURT REPORTING

Page 77

```
 1      A.   It varies from forty to
 2   fifty.
 3      Q.   Do you ever get more than
 4   fifty?
 5      A.   I have on occasion.
 6      Q.   So most of the time, the
 7   most overtime you get is ten dollars
 8   per week?
 9      A.   Usually it runs about
10   forty-five hours a week.
11      Q.   That's what you average?
12      A.   Yeah.
13      Q.   So you get about five hours
14   overtime per week?
15      A.   Yes.
16      Q.   Do you know how many hours
17   overtime Frank gets a week?
18      A.   No, I don't.
19      Q.   Do you supervise Frank?
20      A.   Yes.
21      Q.   Do you have anything to do
22   with how much overtime he works?
23      A.   No.
```

Page 78

```
 1      Q.   Do you assign him work?
 2      A.   Do I assign him work?  Yes.
 3      Q.   He's still in the same
 4   section he's been in doing the standard
 5   products; right?
 6      A.   Yes.
 7      Q.   What kind of work do you
 8   assign Frank?
 9      A.   Whenever I need something
10   welded, I carry it to him and get him
11   to weld it for me -- get his workers to
12   weld it for me.  Other than that, I
13   stop by and ask him is everything all
14   right, your minutes looking all right.
15      Q.   Why do you assign Frank's
16   area the items to weld?  Does he have
17   welders under him?
18      A.   Yes.
19      Q.   Does he weld specialty
20   items for you?
21      A.   There's items in our area
22   that require welding, and our welders
23   in that area that me and Kenneth are
```

Page 79

```
 1   over work for him.
 2      Q.   So the welders that -- do
 3   all the welders report to Frank?
 4      A.   We have two welders.
 5      Q.   And they work for Frank?
 6      A.   Yes.
 7      Q.   And those two welders work
 8   on the standard side as well as the
 9   specialty side?
10      A.   Yes.
11      Q.   So when you need something
12   welded for your specialty side, you
13   know what I'm saying, the custom
14   side --
15      A.   Yes.
16      Q.   -- when you need something
17   welded, you go to Frank, and he gives
18   it to the welders --
19      A.   Yes.
20      Q.   -- because they report
21   directly to Frank?
22      A.   Yes.
23      Q.   Did you know that Frank
```

Page 80

```
 1   knows how to weld?
 2      A.   Yes.
 3      Q.   Has Frank ever welded
 4   anything himself for you?
 5      A.   Yes.
 6      Q.   Why did Frank weld it
 7   himself?
 8      A.   It could be for different
 9   reasons.  It could be the welder wasn't
10   there that day.
11      Q.   Could you do -- can you do
12   welding as well as Frank can?
13      A.   On specialty products, no.
14      Q.   Frank has more experience
15   welding specialty products than you do;
16   correct?
17      A.   Yes.
18      Q.   You also mentioned
19   something before, that when you met
20   with Frank, you talked to him about his
21   -- you said his minutes look okay; is
22   that what you said?
23      A.   Yes.
```

20  (Pages 77 to 80)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 81

1  Q.  What does that mean?
2  A.  We have a goal set for
3  every area to meet a certain number of
4  minutes per grill for it to average out
5  at the end of the day of so many grills
6  being shipped out.  Each area has a
7  goal to meet.
8  Q.  Does Frank generally come
9  within ninety-nine percent of his goal?
10  A.  Yes.
11  Q.  Have you always come within
12  ninety-nine percent of your goal when
13  you were a lead person?
14  A.  Not always, because it's a
15  different type of area.
16  Q.  Is it harder to meet your
17  goal in the specialty area than it is
18  in the standard area?
19  A.  Yes.
20  Q.  When you were in the --
21  were you ever a lead person in the
22  standard area?
23  A.  Yes.

Page 82

1  Q.  Did you always hit your
2  goal there?
3  A.  Yes.
4  Q.  You never missed your goal?
5  A.  No.
6  Q.  Does Frank always hit his
7  goal in the standard area?
8  A.  As far as I know.
9  Q.  Have you ever had to
10  discipline Frank?
11  A.  No.
12  Q.  Do you have the authority
13  to discipline him, or is that something
14  your boss, Kenny, would do?
15  A.  I would think that he would
16  do it.
17  Q.  Kenny would?
18  A.  Yes.
19  Q.  Mainly what you do is check
20  to make sure everything is running
21  smoothly as far as supervising Frank?
22  MR. HARBUCK:  Object to the
23  form.

Page 83

1  A.  I assist my supervisor.
2  Q.  What else do you do with
3  regard to supervising Frank?  One thing
4  we know is you check up on him, make
5  sure everything is running smoothly,
6  you assign him welding work, or you
7  give -- get him to do -- assign welders
8  to do the welding work.  Anything else
9  you get him to do as a supervisor?
10  A.  That I get him to do?
11  Q.  Right.  In your job as
12  assistant supervisor, what do you have
13  to do to supervise Frank as part of
14  your daily tasks other than what you
15  have already told me?
16  A.  Mostly, I just check up on
17  him.  He's been there a long time in
18  that area, and I've been in that area,
19  too, and I know what needs to be done
20  just as well as he does.  I've worked
21  with him, so I know he knows what to
22  do, so I don't have to stay back there
23  with him very long at a time, you know.

Page 84

1  Q.  I mean, he's been a lead
2  person longer than you have been a lead
3  person; right?  He was a lead person
4  before you were ever a lead person?
5  A.  Yes.
6  Q.  He's the one who
7  recommended that you move to the night
8  shift; right --
9  A.  Yes.
10  Q.  -- as a lead person?
11  A.  Yes.
12  Q.  Do you know of any reason
13  Frank can't do the assistant supervisor
14  job that you do?
15  MR. HARBUCK:  Object to the
16  form.
17  A.  He's not as familiar with
18  the areas that I am familiar with.
19  Q.  So you think he can't do
20  the job that you're doing?
21  MR. HARBUCK:  Object to the
22  form.
23  A.  I'm saying it would take

21 (Pages 81 to 84)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 85

1  him more time to do the job.
2      Q.   Do you think he's qualified
3  to do the job you're doing?
4      A.   At this time, no.
5      Q.   Why not?
6      A.   I have more experience in
7  those areas that are made-to-order
8  grills where his is for standard.
9      Q.   In October of 2004, do you
10 think Frank was qualified to do the job
11 that you moved into?
12     A.   No.
13     Q.   Did you tell Frank you
14 thought he should have gotten the job
15 over you?
16     A.   No.
17     Q.   Did you tell Frank you had
18 a discussion with your wife and that
19 you felt bad you had gotten the job
20 over him?
21     A.   I told Frank that I told
22 Kenneth whenever I handed my
23 questionnaire in that if they chose

Page 86

1  Frank or anybody else over me, I was
2  fine with that, I would respect their
3  decision, and I told Frank that.
4      Q.   Did you mention anything to
5  Frank about a discussion you had with
6  your wife about him getting that job?
7      A.   Can you say that again,
8  please?
9      Q.   Did you tell -- talk to
10 Frank about a discussion you had with
11 your wife concerning you getting the
12 job over Frank?
13     A.   I don't recall.
14     Q.   Have you had any
15 discussions about you getting that job
16 that you're in with Frank?
17     A.   Have I had any discussion
18 with Frank about me getting the job?
19     Q.   Or him not getting the job.
20     A.   He mentioned to me that,
21 you know, he was okay with me getting
22 the job, that it was nothing personal
23 against me, but he thought that the

Page 87

1  company went about it the wrong way,
2  that they overlooked him.
3      Q.   What did you say when he
4  said that?
5      A.   I told him, I said, Frank,
6  I let Kenneth and David make that
7  decision.  You know, whatever they
8  chose, I told them I was willing to
9  accept it.  And I told him that, you
10 know, me and him had worked together a
11 long time and been friends, you know,
12 got along well, and he said, well, you
13 know, nothing personal against you, you
14 know, and that was about it.
15     Q.   Did you ever tell Frank
16 that you thought he deserved the job
17 more than you did?
18     A.   No.
19     Q.   Did you ever tell Frank
20 that you were willing to take his job
21 as a lead man and he could become a
22 supervisor -- he would become the
23 supervisor?

Page 88

1      A.   I told Kenneth that if they
2  didn't hire me as assistant and they
3  hired Frank, I would want them to
4  consider me to go to Frank's area
5  because that's where I had started at.
6      Q.   At that time -- I'm sorry,
7  I didn't mean to cut you off.  What
8  were you going to say?  At that time,
9  weren't you already lead person over
10 Department 5?
11     A.   Yes.
12     Q.   So why would you want to
13 leave Department 5 and go over to
14 Frank's area if Frank became the
15 supervisor?
16     A.   I liked that area.
17     Q.   You liked that area
18 better --
19     A.   Yeah.
20     Q.   -- than the specialty area?
21     A.   Yes.
22     Q.   Why is that?
23     A.   To me, it's a lot less

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 89

```
 1   stress.
 2        Q.   That's why you liked it
 3   better?
 4        A.   What I mean is that you do
 5   the same thing over and over every
 6   day.  There's no -- there's not a lot
 7   of paperwork and a lot of thinking that
 8   you have to do.
 9        Q.   You preferred that, and
10   that's why you asked to go back there
11   if Frank got the supervisor job?
12        A.   I'd prefer that if I can't
13   move up.
14        Q.   Because it's less stress --
15        A.   Right.
16        Q.   -- and less thinking?
17        A.   Right.
18        Q.   Is it true that you told
19   Frank that you and your wife had talked
20   about you getting the job over him and
21   it concerned you the way Frank had been
22   treated?
23        A.   Can you say that again?
```

Page 90

```
 1        Q.   Well, Frank wrote in a
 2   letter to the EEOC on October 5, 2004
 3   "Mr. Henderson told me that he and his
 4   wife talked about it the night before
 5   because it concerned him the way I was
 6   treated."  Did you have a conversation
 7   remotely similar to that with Frank?
 8        A.   I may have had a
 9   conversation with him, but I'm not sure
10   if I stated how he was treated.  I was
11   concerned that something like this
12   might happen.
13        Q.   Did you tell him that?
14        A.   Frank?
15        Q.   Yes.
16        A.   No.
17        Q.   I'm just -- do you remember
18   exactly what you said to Frank?
19        A.   No.
20        Q.   Do you remember generally
21   what you said?
22        A.   I don't recall what I said.
23        Q.   There was a conversation,
```

Page 91

```
 1   but you just can't recall what was
 2   said; is that right?
 3        A.   I think we had a
 4   conversation, but I don't remember what
 5   was said.
 6        Q.   Do you remember saying to
 7   him that if you had been the person
 8   making the decision -- let me ask you
 9   this:  Did you say to him if you had
10   been the person making the decision,
11   you would have given Frank the job?
12        A.   I don't recall that.
13        Q.   Would you have given Frank
14   the job over you if you were the
15   decision-maker?
16        A.   No.
17        Q.   Do you know -- did you know
18   or do you even know now, I guess -- you
19   were born in '71?
20        A.   Yes.
21        Q.   When you were two or three,
22   Frank was already working for the
23   company, did you know that?
```

Page 92

```
 1           MR. HARBUCK:  Object to the
 2   form.
 3        A.   No, I didn't know that.
 4        Q.   How old are you today?
 5        A.   Thirty-four.
 6        Q.   In October of 2004, you
 7   would have been thirty-three, thirty-
 8   two?
 9        A.   Something like that.
10        Q.   Have you ever heard Frank
11   referred to as Frankie Boy?
12        A.   No.
13        Q.   Have you ever heard him
14   referred to as Old Man?
15        A.   No.
16        Q.   Are there any African-
17   American assistant supervisors at the
18   company?
19        A.   Not that I'm aware of.
20        Q.   How about any African-
21   American supervisors or managers at the
22   company --
23        A.   Supervisors or managers?
```

23  (Pages 89 to 92)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 93

1    Q.    -- or managers, right, that
2    are black?
3        A.    No.
4    Q.    There are black workers
5    there; right?
6        A.    Yes.
7    Q.    For instance -- well, do
8    you know approximately how many
9    employees you've got?  Is it around six
10    hundred out there?
11        A.    I guess six or seven
12    hundred.
13    Q.    Do you know how many are
14    black?
15        A.    No, I don't.
16    Q.    You have supervised black
17    workers; right?
18        A.    Yes.
19    Q.    Is it your understanding
20    that the company posts vacancies?
21        A.    Some, they do.
22    Q.    Do you know how they decide
23    which vacancies to post and which ones

Page 94

1    not to?
2        A.    That's up to the supervisor
3    or manager.
4    Q.    That's not your decision?
5        A.    No.
6    Q.    You don't know how they
7    make that decision?  You're an
8    assistant supervisor and you don't know
9    how they do that; right?
10        A.    Right.
11    Q.    Do you want to move to a
12    supervisor position one day?
13        A.    Yes.
14    Q.    But that would require --
15    you think that would be more or less
16    stressful than the job you're in today?
17        A.    It would be equal, I think.
18    Q.    Do you find the job you're
19    in today less stressful than the job
20    you had as a lead person in Departments
21    4 and 5?
22        A.    Do I -- would you say that
23    again?

Page 95

1    Q.    Do you find the job you're
2    in today less stressful than the lead
3    person positions you held in
4    Departments 4 and 5?
5        A.    It's more stressful.
6    Q.    The HVAC department, is it
7    Departments 1, 2, 3, and 11?
8        A.    Five.
9    Q.    It's also 5?
10        A.    I think that's all -- 2.
11    Q.    Departments 1, 2, 3, 11,
12    and 5?
13        A.    Yes.
14    Q.    And 4 used to be in the
15    HVAC?
16        A.    Right.
17    Q.    Have you ever worked in the
18    architectural production section?
19        A.    Yes.
20    Q.    What is that section?  What
21    did you do over there?
22        A.    It's more welded-type
23    products, screwed-together louvers,

Page 96

1    bigger louvers.
2    Q.    When did you work there?
3        A.    When?
4    Q.    Yes.
5        A.    On occasion, I would help,
6    like on Saturdays or something.
7    Q.    Have you ever worked over
8    there full time?
9        A.    No.
10    Q.    The only time you would
11    work over there is when you came in to
12    help out?
13        A.    Right.
14    Q.    Have you worked there in
15    the last year?
16        A.    No.
17    Q.    The last two years?
18        A.    That's hard to answer.  I'm
19    not real sure.
20    Q.    What about when you're a
21    lead person in Department 4, did you
22    ever work in the architectural section?
23        A.    I'm sure I have, you know,

24 (Pages 93 to 96)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 97

1  a Saturday or two.
2      Q.   Did Frank ever work over
3  there when you were working over there?
4      A.   Yes.
5      Q.   You have also got -- I
6  guess you have got the maintenance
7  department.  You haven't worked there,
8  have you?
9      A.   No.
10      Q.   If you ship things out, you
11  must have a shipping department; right?
12      A.   I haven't worked there.
13      Q.   But you do have a shipping
14  department?
15      A.   Yes.
16      Q.   Do you have a finished
17  product department?
18      A.   That would be our shipping
19  department, I guess.
20      Q.   Your supervisor is only
21  over Kenny Taylor.  Is he only over
22  HVAC?
23      A.   Yes.

Page 98

1      Q.   He's not over the
2  architectural --
3      A.   No.
4      Q.   Do you fill out evaluations
5  on employees?
6      A.   Yes.
7      Q.   You do it on lead persons?
8      A.   No.
9      Q.   What employees do you
10  evaluate; just the workers?
11      A.   Yes.
12      Q.   Did you do worker
13  evaluations when you were a lead
14  person?
15      A.   Yes.
16      Q.   Does a supervisor sign it
17  with you?
18      A.   Yes.
19      Q.   And today when you do an
20  evaluation on a worker, does Kenny
21  Taylor sign it also?
22      A.   I'm pretty sure he does.
23      Q.   Does a lead person sign it

Page 99

1  also?
2      A.   Are you saying when I was a
3  lead person did I sign it?
4      Q.   Say today, have you
5  evaluated anybody in Frank Lett's area?
6      A.   No.
7      Q.   Who have you evaluated,
8  what areas, since you have been an
9  assistant supervisor?
10      A.   Department 5 employees.
11      Q.   That's the same people you
12  were evaluating when you were a lead
13  person?
14      A.   Some, yes.
15      Q.   Is anybody added to it?  I
16  mean, any other departments other than
17  Department 5?
18      A.   No.
19      Q.   There's no lead person in
20  Department 5; right?
21      A.   Yes, there is.
22      Q.   There is now?
23      A.   Yes.

Page 100

1      Q.   Who is that?
2      A.   Harmon Sellers.
3      Q.   So he fills out the
4  evaluation, and you also do it; is that
5  how it works?
6      A.   Kenneth and me go over the
7  evaluation of our employees together.
8  We talk about it; each line that is on
9  the evaluation, we talk about it.
10      Q.   Herman Sellers is a lead
11  person; right?
12      A.   Yes.
13      Q.   Does he evaluate people
14  that work under him?
15      A.   I haven't seen one that
16  he's done since I became assistant
17  supervisor.
18      Q.   When you were a lead person
19  in Department 5, did you evaluate
20  people?
21      A.   Yes.
22      Q.   Do you know, does Wendell
23  evaluate people, or do you do it for

25 (Pages 97 to 100)

# FREEDOM COURT REPORTING

Page 101

1  them?
2      A.    As far as I know, he does
3  it.
4      Q.    Why does Wendell do it and
5  not Harmon, as far as you know?
6      A.    I'm not saying Harmon
7  doesn't do it.  I just have not seen
8  one that he's done.
9      Q.    Do you know if Harmon
10  wanted the assistant supervisor job?
11      A.    He told Kenneth he was not
12  interested.
13      Q.    Did he tell you that?
14      A.    No.
15      Q.    Kenneth told you that?
16      A.    Yes.
17      Q.    Did Kenneth tell you why
18  Harmon said he's not interested?
19      A.    No.
20      Q.    The entire time you have
21  worked for this company, have you ever
22  -- has anybody ever talked to you about
23  your performance, that you had a

Page 102

1  problem?
2      A.    My performance being a
3  problem, no.
4      Q.    Have you ever been
5  disciplined for anything?
6      A.    No.
7      Q.    Written up?
8      A.    No.
9      Q.    Have you been -- have you
10  ever been talked to about your
11  attendance?
12      A.    No.
13      Q.    Do you know of any problems
14  with Frank's performance?
15      A.    No.
16      Q.    Is it your understanding
17  that the company has a policy that says
18  job notices are posted on the company
19  bulletin boards when an opening occurs?
20      A.    I'm not --
21          MR. HARBUCK:  Object to the
22  form.
23      A.    Am I aware of that?

Page 103

1      Q.    Right.
2      A.    I'm sure they have a
3  policy, but I'm not sure what it says.
4      Q.    Do you know why the company
5  posts some jobs but not others?
6      A.    I assume that if there's
7  not a clear-cut choice of who is going
8  to step into that position, that they
9  post it.  It cuts down on paperwork.
10
11      (Whereupon, Plaintiff's Exhibit 1
12      was marked for identification and
13      same is attached hereto.)
14
15      Q.    Let me show you Exhibit
16  1.  That's -- what I have shown you
17  there is out of your handbook.  That's
18  Exhibit 1 to your deposition.
19          Are you familiar with that
20  policy?  Have you seen that before?
21      A.    Yes, I've seen it before.
22      Q.    Is it still the policy
23  today?

Page 104

1      A.    Yes.
2      Q.    That's all I wanted to ask
3  you.
4          You haven't seen any other
5  policy about posting, have you?
6      A.    No.
7      Q.    Now, you don't promote
8  people; correct, in your job?
9      A.    Correct.
10      Q.    You have never promoted
11  anybody; right?
12      A.    Right.
13      Q.    Do you recommend people to
14  get promoted?
15      A.    I haven't so far.
16      Q.    Ever since you have been at
17  the company, you haven't recommended
18  anybody to get promoted; correct?
19      A.    We haven't had any openings
20  to really try to promote anybody.
21      Q.    Like a lead person or
22  something like that, it's never
23  happened since you've been there;

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 105

1  right?
2      A.   No.
3      Q.   Right?
4      A.   Correct.
5      Q.   Have you met with or
6  discussed anything with -- concerning
7  this case with George Helms other than
8  with the attorneys present?
9      A.   No.
10     Q.   Has he talked to you about
11  Frank's EEOC charge?
12     A.   No.
13     Q.   Do you know who Clyde Cook
14  is?
15     A.   Yes.
16     Q.   That's the plant manager?
17     A.   Yes.
18     Q.   Have you talked to him
19  about this case?
20     A.   No.
21     Q.   Who is Roger Peek?
22     A.   He's over the architectural
23  area.

Page 106

1      Q.   Have you had any
2  discussions with him about the case?
3      A.   No.
4      Q.   Have you ever supervised
5  anybody over the architectural area?
6      A.   No.
7      Q.   The only time you have
8  worked over there is helping out on
9  Saturdays, things like that?
10     A.   Yes.
11
12      (Whereupon, Plaintiff's Exhibit 2
13      was marked for identification and
14      same is attached hereto.)
15
16     Q.   Exhibit 2, are those the
17  questions that you got that you filled
18  out answers to for this position you're
19  in today?
20     A.   Yes.
21     Q.   Did you receive any other
22  instructions other than those?
23      MR. HARBUCK:

Page 107

1  Instructions?  Object to the form.
2      Q.   Instructions, anybody tell
3  you anything other than -- you
4  testified -- what you told me about is
5  what they told you when you filled out
6  -- my question is:  Did you get any
7  other written instructions other than
8  that?
9      A.   No.
10     Q.   This Exhibit 2 talks about
11  an assistant supervisor in Department 5
12  in the near future.  Are you an
13  assistant supervisor over Department 5?
14     A.   Yes.
15     Q.   But you are also assistant
16  supervisor over Department 2; right?
17     A.   Yes.
18     Q.   Have you ever seen a
19  document that states that there's going
20  to be an assistant supervisor position
21  over Department 2?
22     A.   No.
23     Q.   When did you first learn,

Page 108

1  if you got the job, you would also be
2  over Department 2?
3      A.   I assumed Kenneth was over
4  it then, and if I got the assistant's
5  job, I would be over it, you know.
6      Q.   Why did you assume that?
7      A.   Because he's the supervisor
8  and he's over -- the assistant would be
9  over Kenneth.
10     Q.   The document there, Exhibit
11  2, only mentions you would be assistant
12  supervisor in Department 5; right?
13     A.   That's what it says, but --
14     Q.   But you assumed that it
15  would also include Department 2, which
16  would be supervising Frank in his area;
17  right?
18     A.   Yes.
19     Q.   And you assumed that when
20  you wrote out your answers?
21     A.   Yes.
22     Q.   Here's your answers
23  (indicating).

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 109

1
2      (Whereupon, Plaintiff's Exhibit 3
3   was marked for identification and
4   same is attached hereto.)
5
6      Q.   Your answers I have marked
7   as Exhibit 3; correct?  Those are your
8   answers; right?
9      A.   Yes.
10     Q.   In your answers, you say
11  that you will supervise all areas;
12  right, assist in all areas?
13     A.   Yes.
14        MR. HARBUCK:  You want to
15  point it out to him?
16     Q.   The first sentence says
17  assist supervisor in the daily
18  production for all areas.  What areas
19  are you talking about?
20     A.   Departments 5 and 2.
21     Q.   That's it?
22     A.   Yes.
23     Q.   Does Ken supervise any

Page 110

1   others other than 2 and 5?
2      A.   No.
3      Q.   Today, how many employees
4   work in 5?
5      A.   I don't know the exact
6   number.  It could be around thirty to
7   forty.
8      Q.   And how many work in 2?
9      A.   I don't know the exact
10  number.  It could be from twenty to
11  thirty to thirty-five.  I don't know.
12     Q.   Are there more people in
13  Frank's area than Department 5, or are
14  there more people in Department 5 than
15  Frank's area?
16     A.   There's more people in
17  Department 5.
18     Q.   Do you do more specialty
19  products today than you did when you
20  first got the job of assistant
21  supervisor?
22     A.   Do I do more specialty
23  products?

Page 111

1      Q.   Right.
2        MR. HARBUCK:  You mean him
3   or the company when you say you?
4      Q.   Has Section 5 -- let me ask
5   you this way:  Have you got more
6   employees in Section 5 today than you
7   did in October of 2004 when you first
8   took over that job?
9      A.   I feel like we've added
10  some.
11     Q.   You've got two lead people
12  over Section 5; is that right?
13     A.   Yes.
14     Q.   And you've got one lead
15  person over Section 2?
16     A.   Right.
17     Q.   Have you ever had to
18  discuss performance problems with any
19  lead person who has worked for you
20  since you've held the assistant
21  supervisor job?
22     A.   No.
23     Q.   Do you -- strike that.

Page 112

1   When you were a lead person, did you
2   get the opportunity to fill in for
3   Kenneth Taylor when he was out?
4      A.   I assumed that
5   responsibility on my own.
6      Q.   So Kenneth would leave and
7   you would take over his job?
8      A.   I would do my best to fill
9   in for him while he was out.
10     Q.   That would mean you were --
11  when he was out, did you consider
12  yourself the fill-in supervisor?
13     A.   I considered myself the one
14  that everybody came to when they needed
15  something.
16     Q.   In Departments 5 and 2?
17     A.   Yes.
18     Q.   So did Frank come to you as
19  a supervisor, a fill-in supervisor when
20  Mr. Taylor was out?
21     A.   Yes.
22     Q.   What did he come to you
23  about?

28  (Pages 109 to 112)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 113

1      A.    On one occasion, he came to
2   me about having soft metal.
3      Q.    Having what?
4      A.    Having soft metal.
5      Q.    Why did he come to you?
6      A.    I assume he knew that
7   Kenneth was out and that I was trying
8   to fill in for him.
9      Q.    Where did the metal come
10  from?
11     A.    Where did it come from?
12     Q.    Right.  Did it come from a
13  department -- a separate section of the
14  company; a receiving section?
15     A.    Right.
16     Q.    What did you do about it?
17  When he came to you, what did you do?
18     A.    I checked the metal to see
19  if it was soft.
20     Q.    How did you do that?
21     A.    With a gauge we use.
22     Q.    Did you have the gauge?
23     A.    It was in Kenneth's office.

Page 114

1      Q.    So you went in his office
2   and got the gauge?
3      A.    Yes.
4      Q.    You went over to where
5   Frank was working and you checked the
6   metal?
7      A.    Yes.
8      Q.    Was it soft?
9      A.    Yes.
10     Q.    Then what did you do?
11     A.    I talked to Frank about
12  didn't we have some more metal that we
13  could use and try it.
14     Q.    What was Frank doing with
15  the metal at that time?  Was he welding
16  it?
17     A.    No, he was sawing it.
18     Q.    Was that sawing it for his
19  area?
20     A.    Yes.
21     Q.    And what happened?
22     A.    As far as I can remember,
23  he took that bale that he was working

Page 115

1   out of, moved it out of the way, got a
2   new bale and put it up there from a
3   different company.
4      Q.    Who did that?  Frank did
5   it?
6      A.    I'm sure he had one of his
7   workers to do it for him.
8      Q.    Did Frank have a gauge to
9   measure the metal?
10     A.    No, not that I'm aware of.
11     Q.    You said that Frank was
12  aware that you had been filling in as
13  far as you knew for Kenneth?
14     A.    As far as I knew.
15     Q.    How long had you been
16  filling in for Kenneth?
17     A.    When this happened?
18     Q.    Right.
19     A.    I have no idea.
20     Q.    Where was Kenneth?
21     A.    I have no idea.
22     Q.    Are there any other
23  occasions when Frank has come to you as

Page 116

1   the fill-in supervisor?
2      A.    I'm sure there have been,
3   but I can't recall a specific occasion.
4      Q.    The only one you can recall
5   is what you told me?
6      A.    I'm saying I'm sure there's
7   more than one time.
8      Q.    But I only get to talk to
9   you today.  Is the only time you can
10  tell me about Frank coming to you and
11  asking you something as a fill-in
12  supervisor was the time that you have
13  already told me about?
14     A.    He may have had a problem
15  with an employee and he didn't want to
16  answer the employee or something and he
17  sent them to me.
18     Q.    Who was the employee?
19     A.    I'm just saying on occasion
20  that has happened.
21     Q.    Can you remember one time
22  the name of the employee?
23     A.    No.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 117

1    Q.   Do you remember what any of
2  those occasions was about?
3    A.   No.
4    Q.   You said it may have
5  happened.  Are you certain it happened?
6    A.   I'm sure it happened.
7    Q.   You can't remember anything
8  about it?
9    A.   No.
10    Q.   This is while you acted as
11  a fill-in supervisor?
12    A.   Yes.
13    Q.   Do you know if Frank knew
14  that the lead -- I'm sorry, that the
15  assistant supervisor position was for
16  Section 2 as well as Section 5?
17    A.   I assume he knew.
18    Q.   Do you assume that, are you
19  just guessing, or did you talk to him,
20  and he told you he knew that?
21    A.   He didn't tell me he knew.
22    Q.   You just assumed that?
23    A.   Yes.

Page 118

1    Q.   When Mr. Taylor met with
2  you and handed you this Exhibit 3, did
3  he tell you that -- I'm sorry, Exhibit
4  2, did he tell you that it included
5  Department 2?
6    A.   No, he didn't have to tell
7  me.  I knew.
8    Q.   Did you have discussions
9  about what the job would entail; the
10  assistant supervisor job?
11    A.   No.
12    Q.   When he was assistant
13  supervisor, was he over Sections 2 and
14  5?
15    A.   Yes.
16    Q.   Did he tell you you would
17  be replacing him in the job that he
18  vacated?
19    A.   No.
20    Q.   Did you know that?
21    A.   Yes.
22    Q.   How did you know that?
23    A.   Because there wasn't one

Page 119

1  for a while.
2    Q.   Who made the decision to
3  select you as the assistant supervisor,
4  as far as you know?
5    A.   As far as I know, Kenneth
6  Taylor made that decision.
7    Q.   Did you interview with
8  anybody?
9        MR. HARBUCK:  Object to the
10  form.
11    A.   Did I interview?
12    Q.   Yes, a sit down --
13    A.   I filled out this and
14  handed it back to him.
15    Q.   That's it?
16    A.   That's all I recall.
17    Q.   Did you ever meet with
18  anybody else about moving into the
19  assistant supervisor position other
20  than Kenneth Taylor?
21    A.   Did I meet with anybody
22  else?
23    Q.   Right, other than what you

Page 120

1  told me about Kenneth Taylor.
2    A.   No.
3    Q.   Do you know Walter Newman?
4    A.   Yes.
5    Q.   Is he a supervisor
6  somewhere?
7    A.   He is now.
8    Q.   Where, what section?
9    A.   He's a supervisor over
10  sheet metal and Department 10.
11    Q.   Is that in the
12  architectural side or the HVAC side?
13    A.   Architectural.
14    Q.   Has he ever worked in the
15  HVAC side?
16    A.   I don't think so.
17    Q.   Do you remember when he was
18  promoted to supervisor?
19    A.   Do I remember; yes.
20    Q.   Is his name Corky or
21  Walter?
22    A.   They call him Corky.
23    Q.   Do you remember when Corky

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 121

1    Newman was selected for supervisor?
2        A.   Yes.
3        Q.   When was that?
4        A.   I don't recall.
5        Q.   Before you got moved to
6    supervisor or after?
7        A.   I'm not sure.
8        Q.   Were you interested in the
9    job that Corky Newman received; a
10   supervisor job?
11       A.   No.
12       Q.   Why not?
13       A.   I had very little
14   experience in the architectural
15   department.
16       Q.   How many times did Kenneth
17   Taylor talk to you about the vacancy
18   coming available in the -- or the
19   moving into the assistant supervisor
20   job? Was that the two times that you
21   told me about?
22       A.   He told me there was going
23   to be an opening, he gave me the paper

Page 122

1    to fill out, and he told me to get it
2    back to him within about three weeks.
3    And when they had chose me, he told me
4    that -- I talked to him then after he
5    told me they had chose me.
6        Q.   Do you know how long after
7    you filled out the paper -- did you
8    fill out the paper right away or did
9    you wait three weeks?
10       A.   It was turned back in to
11   him within a week.
12       Q.   How long after you turned
13   it in did you find out you had the job?
14       A.   I don't know.
15       Q.   Was it more than a couple
16   of months?
17       A.   It could have been from two
18   to four months.
19       Q.   How long -- when you first
20   -- when he first told you about the
21   job, did you get the paper to fill out
22   for the job?
23       A.   The same day, I think.

Page 123

1        Q.   Same day?
2        A.   Yes.
3        Q.   He told you about the job,
4    later that day he gave you the paper,
5    later that week you turned the paper
6    in, and somewhere between two to four
7    months, you found out you had the job?
8        A.   Yes.
9        Q.   That's it as far as the
10   whole application process and moving
11   into that job? Nothing else happened;
12   right?
13       A.   Right.
14       Q.   Do you know a guy named
15   Scotty Parnell?
16       A.   Yes.
17       Q.   Is he a supervisor in the
18   paint shop?
19       A.   Yes.
20       Q.   Have you ever applied for
21   any supervisor jobs anywhere, assistant
22   supervisor jobs?
23       A.   No.

Page 124

1        Q.   Did you see that job posted
2    that Scotty moved into as a supervisor
3    in the paint shop?
4        A.   I don't recall seeing it.
5        Q.   How about the job that
6    Corky Newman got in the architectural
7    side, did you see that posted?
8        A.   I don't recall seeing it.
9        Q.   Have you ever heard the
10   rumors about Scotty Parnell having some
11   type of party where people got naked at
12   his house? Did you hear about that?
13       A.   Yes.
14       Q.   Where did you hear that
15   from?
16       A.   I don't know where I heard
17   it from. An employee.
18       Q.   You didn't go, did you?
19       A.   No.
20       Q.   Do you know whether -- do
21   you know of anybody who has worked at
22   the company that's eventually been
23   promoted or already in a supervisor or

31 (Pages 121 to 124)

# FREEDOM COURT REPORTING

Page 125

1  management job that has had a
2  relationship, a romantic dating
3  relationship with another employee?
4      A.   Would you say that again?
5      Q.   Do you know any supervisor
6  who has dated anybody that works at the
7  company --
8      A.   No.
9      Q.   -- who has ever dated
10  anybody even before they were a
11  supervisor?
12      A.   All I know about is William
13  Baxley.
14      Q.   Who is --
15      A.   He was a lead person in
16  Department 6 on night shift, and he
17  dated Mavis Baxley or whoever she was.
18      Q.   And then they got married?
19      A.   Right.
20      Q.   Does he still work there?
21      A.   No.
22      Q.   Does she still work there?
23      A.   No.

Page 126

1      Q.   But they got -- they dated,
2  and then they got married?  Was he a
3  lead person over her?
4      A.   No.
5      Q.   She was in a different
6  department?
7      A.   Yes.
8      Q.   She also became a lead
9  person?
10      A.   She was a lead person and
11  he was a lead person.
12      Q.   When they were dating?
13      A.   He was a lead person on
14  night shift.
15      Q.   Do you know Steve Paulk?
16      A.   Yes.
17      Q.   Do you know if he has ever
18  had a dating relationship with anybody,
19  any women out there like Cynthia
20  Mayhan?
21      A.   I haven't heard that.
22      Q.   Have you discussed Frank
23  Lett's performance with anyone like

Page 127

1  Kenny Taylor?
2      A.   No.
3      Q.   Has Kenny ever come to you
4  and complained about the way Frank is
5  doing his job?
6      A.   No.
7      Q.   When you -- since you have
8  been an assistant supervisor, has Frank
9  done a good job?
10      A.   Yes.
11      Q.   Since you have worked
12  there, do you know of any occasion when
13  Frank, as far as you know, did not do a
14  good job?
15      A.   No.
16      Q.   Do you know of any
17  supervisors who do not have high school
18  educations?
19      A.   None that I'm aware of.
20      Q.   Do you know anything about
21  Scotty Parnell's background and
22  education?
23      A.   No, I don't.

Page 128

1      Q.   So you don't know whether
2  he's got a high school degree or not,
3  do you?
4      A.   No.
5      Q.   When you say Department 4,
6  does that mean 400?  Have you ever
7  heard that?
8      A.   Yes.
9      Q.   What does -- 200, does that
10  mean Department 2 --
11      A.   Yeah.
12      Q.   -- and 400 is Department 4?
13      A.   Yes.
14      Q.   What is 269?  Have you ever
15  heard that?
16      A.   No.
17      Q.   How about 271?
18      A.   I don't know.
19      Q.   Do you know what 600 --
20  where 600 is?
21      A.   Yes.
22      Q.   Is that architectural?
23      A.   Yes.

32 (Pages 125 to 128)

# FREEDOM COURT REPORTING

Page 129

1    Q.   That's 700; right?
2    A.   I assume 6 and 7 are both
3  in the architectural area.
4    Q.   Have you heard of 278?
5    A.   No.
6    Q.   279?
7    A.   No.
8    Q.   When you returned from your
9  break in service, was your salary the
10  same as it was when you left?
11    A.   No.
12    Q.   Was it more?
13    A.   It was less.
14    Q.   Eventually, it caught back
15  up to where it was?
16    A.   Yes.
17    Q.   Have you ever had to go to
18  Frank Lett for advice on how to weld a
19  piece?
20    A.   Not that I'm aware of.
21    Q.   Have you ever had to go to
22  Frank Lett for advice on anything?
23    A.   For advice?

Page 130

1    Q.   On how to do your job,
2  right. I thought you worked for him at
3  the beginning.
4    A.   I'm sure I've talked to him
5  about how to do something before.
6    Q.   Did he provide you any
7  training, Frank?
8    A.   I worked for him, so, yes.
9    Q.   Did he teach you anything
10  about welding?
11    A.   He may have, but I told you
12  a good while ago that he pretty much
13  showed me how.
14    Q.   To tack weld?
15    A.   Yes.
16    Q.   That's the only kind of
17  welding you can do?
18    A.   Yes.
19    Q.   When Mr. Taylor was
20  promoted to supervisor, from assistant
21  supervisor to supervisor, did you see
22  that job posted?
23    A.   No.

Page 131

1    Q.   What did Mr. Taylor -- what
2  section did he work in before he was an
3  assistant supervisor?
4    A.   What section?
5    Q.   What department.
6    A.   Four or 5. I don't know
7  what it was called at that time.
8    Q.   Did you look at any
9  documents to get prepared for your
10  deposition?
11    A.   Only these that we went
12  over before we came over here.
13    Q.   What did you look at?
14    A.   These right here
15  (indicating).
16        MR. HARBUCK:  You have
17  already shown them to him.
18    Q.   Just Exhibits 2 and 3?
19    A.   Yes.
20    Q.   Nothing else?
21    A.   That's all I've seen.
22    Q.   Mr. Taylor is your
23  supervisor; right?

Page 132

1    A.   Yes.
2    Q.   Have you socialized with
3  Mr. Taylor outside of work, been to his
4  house?
5    A.   No.
6    Q.   Been out with him on any
7  social occasion?
8    A.   No.
9    Q.   How long have you known Mr.
10  Taylor?
11    A.   Since when I started to
12  work there in 1989.
13    Q.   That's when you first met
14  him?
15    A.   Yes.
16    Q.   What was his job when he
17  started?
18    A.   When he started?
19    Q.   When you started, what was
20  his job?
21    A.   I think he was a saw
22  operator.
23    Q.   Was Frank a saw operator

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 133

1  when you started in '89?
2     A.  I'm not real sure.  I knew
3  at some point he was, but I don't know
4  when I started what he was.
5     Q.  Do your saw -- are there
6  several saw operators?
7     A.  Yes.
8     Q.  Is there a saw operator
9  that's designated for the custom side,
10  or can you go to any of them to get
11  your pieces cut?
12     A.  They have their own
13  specific saw operator; each area.
14     Q.  Who are your saw operators
15  today?
16     A.  In Department 5?
17     Q.  Yes.
18     A.  Tommy Williford, Pete
19  Jones, Billy Jackson.  I've got James
20  Day, I've got Robert Johnson, and I
21  have a fill-in saw operator whose name
22  is John Scott.
23     Q.  You have got five to six

Page 134

1  saw operators?
2     A.  In Department 5.
3     Q.  Are there five saws?
4     A.  There's probably more saws
5  than that.
6     Q.  How many saw operators in
7  Department 2?
8     A.  One.
9     Q.  Who is that?
10     A.  Jason Hudson.
11     Q.  Has Jason ever worked in
12  Department 5?
13     A.  Not that I'm aware of.
14     MR. GOLDFARB:  That's it.
15     MR. HARBUCK:  You've asked
16  him everything I was going to ask him.
17  I have no questions.
18
19     FURTHER DEPONENT SAITH NOT
20
21
22
23

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660