WE MAY HAVE AN OPPORTUNITY TO HAVE AN ASSISTANT SUPERVISOR IN DEPT 5 IN THE NEAR FUTURE. IF YOU ARE INTERESTED IN THIS POSITION WE WOULD LIKE FOR YOU TO ANSWER THE QUESTIONS BELOW.

WHAT DO YOU THINK ARE THE RESPONSIBILITIES OF AN ASSISTANT SUPERVISOR?

DO YOU THINK THAT YOU ARE QUALIFIED TO FILL THIS POSITION?

WHAT ATTRIBUTES OR EXPERIENCES DO YOU HAVE THAT YOU THINK QUALIFIES YOU FOR THIS POSITION?

WHAT ARE SOME THINGS THAT YOU WOULD LIKE TO CHANGE WITHIN YOUR DEPT TO MAKE IT A MORE EFFICIENT OPERATION?