(1) Work with the supervisor and cooperation what is needed.

(2) Yes, I try!

(3) Time & ability

(4) Work with the people, and work with management.

Frank    Dept. #2