① To assist the Supervisor in the daily production for all areas. Seeing what product lines are running too close to ship date and moving help to that area. Weekly and sometimes daily checking materials as necessary to ensure orders can be processed. One of the most important tasks of the Assistant Supervisor is to effectively communicate with the sales staff to ensure that the customer is satisfied. This requires a large amount of leg work which includes transferring accurate information to each of the individual departments who will assemble the final product.

② Yes

③ Over the past year and a half to two years, I have on occasion filled in for Kenneth Taylor while he has been out. I understand the responsibilities of the job and what he expects. I have successfully served as Lead-person in Dept. 2 (night shift) and Dept. 4. With my present job as Lead-person in Dept. 5, I feel I have a wide range of knowledge to succeed as an Assistant Supervisor.

④ One thing that I think would help production in all areas is better communication with employees. Those employees who are doing a good job need to be told that their work is appreciated. This builds self-esteem, which improves production. Employees whose performance is less than satisfactory should be encouraged to improve production through modeled behavior by the Assistant Supervisor and other Lead-persons. The Assistant Supervisor must have a working knowledge of all departments in order to guide employees and maintain quality production.

Star Henderson
Dept 5