*Walter L. Newman*

1.  What do you think are the responsibilities of an assistant supervisor?
    A.  Work with the supervisor to reach all goals as set by director of operations and the department manager.
    B.  Coordinate with supervisors and employees of the other departments to insure that you have the necessary materials to complete jobs in a timely manner.
    C.  Plan work ahead to be sure orders are ready to ship on or before the assigned ship date.
    D.  Help train new employees as well as keep senior employees up to date on product changes.
    E.  Maintain inventory levels and notify supervisor of any potential problems as far in advance as possible.
    F.  Assist supervisor in enforcement of safety rules.
    G.  Work with supervisor and lead people to find ways to increase production while maintaining a high level of quality.
    H.  Evaluate employee performance.
    I.  Cross train employees to be sure that all key positions can be covered when necessary.
    J.  Work with the supervisor to solve production as well as people related problems.
    K.  Fill in for the supervisor and lead people in their absence.
    L.  Perform any other duties as assigned by the supervisor or manager.

2.  Do you think that you are qualified to fill this position?

    I believe that I am well qualified to fill this position based on my experience and training as a lead person. If given the opportunity I feel that I could perform the duties of an assistant supervisor in a manner that would be an asset to the company.

3.  What attributes or experiences do you have that you think qualifies you for this position?

    A.  Loyalty
    B.  Honesty
    C.  Dependable
    D.  Hardworking
    E.  Willing to make sacrifices required to get the job done
    F.  Good people skills.
    G.  Ability to recognize employee strengths and weaknesses.
    H.  Willing to adapt to change.
    I.  Capable to aid in the development of employees for promotion.
    J.  Ability to recognize and learn from my mistakes.
    K.  Experience as a lead person for six years in two departments.
    L.  Ability to make sound decisions based upon good judgement.