1. I think that the primary responsibilities of an assistant supervisor should be focused on the personnel and the company. First and foremost the company is the prime directive. The concerns and demands that a company instills are there for a reason. That reason is that it is a business. A business takes into account the customers demands as well as the community demands. Therefore a company or business is driven by the customer. The rules and regulations that a company requires are there for the flow of a product in a timely manner and in a quality manner. The rules are also there to provide personnel with a safe orderly respectful place in which to work. The rules are not provided as a means of being tyrannical or manipulative. Every business MUST have a set of rules to govern it's operation. Notwithstanding, the personnel are of equal concern. Without personnel there would be no business. Personnel concerns are paramount in maintaining a high level of business that is both competitive and profitable. We should always be open to listen to and really HEAR what the personnel have to say. Their opinions on matters are very important in that they may present to us a new idea or better way of doing things. In the same manner when we discuss things with personnel it MUST be done with utmost respect and dignity. In so doing we gain a mutual respect that is vital to inter-company relations. We must also convey to the personnel the company's objectives and requirements at all times. This is doing both in word and deed. More often than not, by our deeds we can best supervise by showing a proper example towards the company, the product, and the personnel.

2. I feel the to answer this question blindly by either a simple yes or no would be wrong. I feel that to properly qualify for a position such as this one has to first feel that they are able to do the job and do it well. So personal confidence in one's abilities are paramount here. Second, I feel that one should have already gained the respect of their fellow employees before they would consider such a position. Finally, one should have a good working relationship with their fellow employees so that when directions are given, they will be received well and followed properly. Having a good working knowledge of the company and the product are vital, but not necessarily the primary factor for qualification. Having good working relations with the personnel both in management and in the working environment are the main focus. Having said this I feel that I qualify for this position. This means that it is a continuous qualification. One cannot simply qualify for this position and then sit back idly. Continuous efforts MUST be made by supervision to better the work environment and to better that company.

3. The attributes that I possess are hopefully one's that can better serve the needs of a company and the personnel. I have quality communication abilities with people. I have a theory which is that we all have two ears and one mouth. So what that means is that we should listen twice as much as we speak. We learn more by listening. We should not only listen to what is being said, but WHY they are saying it. Every person have their own way of expression. As an assistant supervisor one should look through the emotions to really hear WHAT is being said. I also feel that an assistant supervisor should have a good control of their own emotions and speech. The old saying, "Actions speak louder than words" is certainly a good rule to follow. We are certainly judged by not only what we say but also by how we act.
Finally I feel that the best attribute that I can offer is a high-level business type attitude. Having been self-employed previously I know what it means to maintain a business and how to maintain good customer relations. Those same attributes are thusly transferred to every job that I possess. My feeling is that if the company doesn't make any money or the quality of the product is default than I personally am not doing my best job. If the company don't make money than I don't make money. As for the experiences I personally have been to management schools and leadership training seminars in a previous job. I have also had the opportunity to be a lead-person in Dept. 300. Finally I have also been self-employed with numerous employees working for me. I have dealt with quite a variety of personal, social, and business issues that have seasoned me in personnel relations.

4. The main thing that I would like to change is employee attitude. I know that we can not change the way people feel or the way they act, but we can help train people to have a better "working" attitude both towards the company and towards one another. No two humans will ever think exactly alike. Therefore it is the job of a supervisor to direct people to have a more business to attitude. In so doing, this creates an atmosphere that will enhance business productivity and inter-company relations.

Having said all these things, it is not an exact science in doing these things. One does not have to be highly educated to be of benefit to a company. Having a good common sense and good working attitude one can be an asset to a company. I feel that I do qualify for this position and that I will continue to improve my abilities so fulfill this position. As I have stated earlier, this job is a continuous effort, as the needs of the company changes so do the needs of the personnel so that both can mutually benefit one another. Finally, to be a leader is not something to brag about or to boast about. It is in itself a responsibility that should be taken seriously and one that should be handled professionally.