EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 130-2005-00532 |
| | | and EEOC |

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.)<br>**Mr. Frank D. Lett** | Home Phone No. (Incl Area Code)<br>(334) 684-9522 | Date of Birth<br>**06-21-1954** |
|---|---|---|

| Street Address<br>**310 North Merritt Street** | City, State and ZIP Code<br>**Geneva, AL 36340** | |
|---|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**RELIABLE PRODUCTS** | No. Employees, Members<br>**15 - 100** | Phone No. (Include Area Code)<br>(334) 684-3621 |
|---|---|---|

| Street Address<br>**1300 Enterprise Road, Geneva, AL 36340** | City, State and ZIP Code | |
|---|---|---|

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|

| Street Address | City, State and ZIP Code | |
|---|---|---|

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.) | Earliest **10-04-2004**   Latest **10-04-2004**<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I have more than thirty years of service with the employer named above. I currently am employed in the position as a lead man. On October 4, 2004, I was not promoted to a supervisory position that had been open for approximately six months. The position was awarded to a lesser qualified White employee who is a member of the unprotected age group.

I believe that I was discriminated against in violation of Title VII of the 1964 Civil Rights Act, as amended because of my race, Black. I also believe that I was discriminated against in violation of the Age Discrimination in Employment Act of 1967, as amended because of my age, 50(D.O.B.062154).

NOV 18

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| X 11/17/04    X *Frank D. Lett*<br>Date            Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

00111

*F. Lett v. Reliable*