# U.S. Bankruptcy Court
## Middle District of Alabama (Dothan)
### Bankruptcy Petition #: 05-10041

*Assigned to:* William R. Sawyer
Chapter 13
Voluntary
Asset

*Date Filed:* 01/07/2005

**Frank D. Lett**
310 North Merritt Street
Geneva, AL 36340
334-449-8198
SSN: xxx-xx-2079
*Debtor*

represented by **Rafael Gil, III**
Ludlum & Gil, L.L.C.
1752 Whatley Drive
Dothan, AL 36303
334-673-0100
Fax : 334-794-0408
Email: rafaelgil3@yahoo.com

**Bankruptcy Administrator**
U. S. Bankruptcy Administrator
One Church Street
Montgomery, AL 36104
*Bankruptcy Admin.*

**Curtis C. Reding**
P. O. Box 173
Montgomery, AL 36101
334 262-8371
*Trustee*

| Filing Date | # | Docket Text |
|---|---|---|
| 01/07/2005 | 1 | Chapter 13 Voluntary Petition.Fee Amount $50. Filed by Rafael Gil III on behalf of Frank D. Lett. (Gil, Rafael) (Entered: 01/07/2005) |
| 01/07/2005 | 2 | Receipt of Voluntary Petition (Chapter 13).(05-10041) [misc,volp13a] ( 50.00) filing fee. Receipt number 1239971, amount $ 50.00. (U.S. Treasury) (Entered: 01/07/2005) |
| 01/07/2005 | 3 | Declaration re: Electronic Filing Filed by Rafael Gil III on behalf of Frank D. Lett. (Gil, Rafael) (Entered: 01/07/2005) |
| 01/07/2005 | 4 | Application to Pay Filing Fee in Installments. Filed by Rafael Gil III on behalf of Frank D. Lett. (Gil, Rafael) (Entered: 01/07/2005) |
| 01/07/2005 | 5 | Chapter 13 Plan. The Plan will be noticed by the clerk's office and the certificate of service will be filed within 5 working days. Filed by Rafael Gil III on behalf of Frank D. Lett. (Gil, Rafael) (Entered: |

| | | |
|---|---|---|
| | | 01/07/2005) |
| 01/08/2005 | 6 | First Meeting of Creditors, Trustee and Deadlines Assigned. Section 341(a) Meeting of Creditors to be held 02/10/2005 at 01:30 PM in Dothan Federal Courthouse, U.S. Bankruptcy Court. Confirmation hearing to be held 03/02/2005 at 11:00 AM in Dothan Federal Courthouse, U.S. Bankruptcy Court. The Trustee appointed to this case is Curtis C. Reding. Deadline to file Proofs of Claim is 05/11/2005. (Entered: 01/08/2005) |
| 01/10/2005 | 7 | Order Approving Payment of Filing Fee Installments (Certificate of Service will be filed within 5 days) Entered On 1/10/2005. Final Installment Payment due by 5/10/2005. (DH, ) (Entered: 01/10/2005) |
| 01/12/2005 | 8 | BNC Certificate of Service - Meeting of Creditors - (RE: related document(s)6 Auto Assign Meeting of Creditors-Ch 13, ). No. of Notices: 14. Service Date 01/12/2005. (Admin.) (Entered: 01/13/2005) |
| 01/12/2005 | 9 | BNC Certificate of Service - Order Approving Payment of Filing Fee Installments - (RE: related document(s)7 Order Approving Payment of Filing Fee Installments). No. of Notices: 2. Service Date 01/12/2005. (Admin.) (Entered: 01/13/2005) |
| 01/12/2005 | 10 | BNC Certificate of Service - Chapter 13 Plan - (RE: related document(s)5 Chapter 13 Plan). No. of Notices: 12. Service Date 01/12/2005. (Admin.) (Entered: 01/13/2005) |
| 01/19/2005 | 11 | Trustee's Income Withholding Order. (Reding, Curtis-EC) (Entered: 01/19/2005) |
| 02/11/2005 | 12 | Proceeding Memo - Continuance. (Non-Image Entry) Filed by Trustee Curtis C. Reding (RE: related document(s)6 Auto Assign Meeting of Creditors-Ch 13, ). Section 341(a) Meeting of Creditors to be held on 2/23/2005 at 11:00AM at Dothan Federal Courthouse, U.S. Bankruptcy Court. Confirmation hearing to be held on 4/6/2005 at 11:00 AM at Dothan Federal Courthouse, U.S. Bankruptcy Court. (Reding, Curtis-MM) (Entered: 02/11/2005) |
| 02/22/2005 | 13 | Amended/Modified Chapter 13 Plan Filed by Rafael Gil III on behalf of Frank D. Lett. (Gil, Rafael) (Entered: 02/22/2005) |
| 02/24/2005 | 14 | Proceeding Memo - Hearing Held (Non-Image Entry) Filed by Trustee Curtis C. Reding (RE: related document(s)[12] Proceeding Memo, filed by Trustee Curtis C. Reding). (Reding, Curtis-MM) (Entered: 02/24/2005) |
| | | |

| 03/15/2005 | 15 | Receipt of Final Installment Payment. Receipt Number 05000715, Fee Amount $144.00. (Non-Image Entry) (RE: related document(s)7 Order Approving Payment of Filing Fee Installments). (CBS, ) (Entered: 03/15/2005) |
|---|---|---|
| 04/13/2005 | 16 | Trustee's Summary of Confirmed Ch 13 Plan and Request for Order Confirming Plan. (Reding, Curtis-EC) (Entered: 04/13/2005) |
| 04/13/2005 | 17 | Order Confirming Chapter 13 Plan (Certificate of Service will be filed within 5 days) Entered On 4/13/2005 (RE: related document(s) 16 Trustee's Summary of Confirmed Ch 13 Plan, [12] Proceeding Memo, filed by Trustee Curtis C. Reding). (CS, ) (Entered: 04/13/2005) |
| 04/15/2005 | 18 | BNC Certificate of Service - Order Confirming Ch 13 Plan - (RE: related document(s)17 Order Confirming Chapter 13 Plan). No. of Notices: 17. Service Date 04/15/2005. (Admin.) (Entered: 04/16/2005) |
| 01/12/2006 | 19 | Trustee's Motion for Examination of Debtor's Transactions with Debtor's Attorney *and to Examine Attorney's Fees or In the Alternative Dismiss Debtor's Case.* Filed by Curtis-QS Reding on behalf of Curtis C. Reding. (Reding, Curtis-QS) (Entered: 01/12/2006) |
| 01/26/2006 | 20 | Notice of Telephone Hearing Set (RE: related document(s)19 Motion for Examination of Debtor's Transactions with Debtor's Attorney (Rule 2017), Motion for Examination of Debtor's Transactions with Debtor's Attorney (Rule 2017)). Hearing scheduled for 2/14/2006 at 09:00 AM at Telephone Hearing. (JPC, ) (Entered: 01/26/2006) |
| 02/22/2006 | 21 | Order to Appear and Show Cause Should Not Be Dismissed For Debtor's Failure To Administer His Case Entered On 2/22/2006 (RE: related document(s)19 Motion for Examination of Debtor's Transactions with Debtor's Attorney (Rule 2017), Motion for Examination of Debtor's Transactions with Debtor's Attorney (Rule 2017) filed by Trustee Curtis C. Reding). Show Cause hearing to be held on 3/1/2006 at 10:00 AM at Dothan Federal Courthouse, U.S. Bankruptcy Court. (CS, ) (Entered: 02/22/2006) |
| 02/24/2006 | 22 | BNC Certificate of Service - See Image Attached - (RE: related document(s)21 Order to Show Cause, ). No. of Notices: 1. Service Date 02/24/2006. (Admin.) (Entered: 02/25/2006) |
| 03/01/2006 | 23 | Amended Schedules. The following creditors were added: Friedman's Jewelers. Fee Amount $26. Filed by Rafael Gil III on behalf of Frank D. Lett. (Gil, Rafael) (Entered: 03/01/2006) |
| | | |

| | | |
|---|---|---|
| 03/01/2006 | 24 | Debtor's Objection to Claim # *0003 (Court Claim #0003) BY FRIEDMAN'S JEWELERS* Filed by Rafael Gil III on behalf of Frank D. Lett. Responses due by 3/31/2006. (Attachments: # 1 Affidavit) (Gil, Rafael) (Entered: 03/01/2006) |
| 03/01/2006 | 25 | Receipt of Amended Schedules (Fee)(05-10041) [misc,amdsch] ( 26.00) filing fee. Receipt number 1761532, amount $ 26.00. (U.S. Treasury) (Entered: 03/01/2006) |
| 03/02/2006 | 26 | Proceeding Memo - Debtor has now signed affidait. Show case order is dicharged and motion for examination is withdrawn. SO ORDERED. (RE: related document(s)21 Order to Show Cause,, 19 Motion for Examination of Debtor's Transactions with Debtor's Attorney (Rule 2017), Motion for Examination of Debtor's Transactions with Debtor's Attorney (Rule 2017)). (CS, ) (Entered: 03/02/2006) |
| 03/29/2006 | 27 | Amended Schedules. *B* Filed by Rafael Gil III on behalf of Frank D. Lett. (Gil, Rafael) (Entered: 03/29/2006) |
| 03/29/2006 | 28 | Amended Statement of Financial Affairs Filed by Rafael Gil III on behalf of Frank D. Lett. (Gil, Rafael) (Entered: 03/29/2006) |
| 04/03/2006 | 29 | Rule 9007-1 Motion: *Modify for lawsuit proceeds* Filed by Curtis-SR Reding on behalf of Curtis C. Reding. Responses due by 4/26/2006. (Reding, Curtis-SR) (Entered: 04/03/2006) |
| 04/03/2006 | 30 | Order Sustaining Objection to Claim (Order Reclassifies Claim #3 of Friedman's Jewelers) Entered On 4/3/2006 (RE: related document(s) 24 Objection to Claim filed by Debtor Frank D. Lett). (JC, ) (Entered: 04/03/2006) |
| 04/05/2006 | 34 | BNC Certificate of Service - See Image Attached - (RE: related document(s)30 Order on Objection to Claim). No. of Notices: 2. Service Date 04/05/2006. (Admin.) (Entered: 04/12/2006) |
| 04/12/2006 | 31 | Application to Employ Professional Person(s) C. Michael Quinn and Allison W. Lowell as Special Counsel for Specific Purpose Filed by Allison W. Lowell, C. Michael Quinn on behalf of Frank D. Lett. (YP, ) (Entered: 04/12/2006) |
| 04/12/2006 | 32 | Affidavit Re: Support Of Application For Employment Of Professional Person For a Specific Purpose Filed by Allison W. Lowell on behalf of Frank D. Lett (RE: related document(s)31 Application to Employ Professional Person(s) filed by Debtor Frank D. Lett). (CS, ) (Entered: 04/12/2006) |
| | | |

| | | |
|---|---|---|
| 04/12/2006 | 33 | Affidavit Re: In Support Application For Employment Of Professional Person For a Specific Purpose Filed by C. Michael Quinn on behalf of Frank D. Lett (RE: related document(s)31 Application to Employ Professional Person(s) filed by Debtor Frank D. Lett). (CS, ) (Entered: 04/12/2006) |
| 04/14/2006 | 35 | Notice of Telephone Hearing Set (RE: related document(s)31 Application to Employ Professional Persons, C. Michael Quinn and Allison W. Lowell, as Special Counsel for Debtor). Hearing scheduled for 5/2/2006 at 09:00 AM at Telephone Hearing. (JPC, ) (Entered: 04/14/2006) |
| 04/16/2006 | 36 | BNC Certificate of Service - Telephone Hearing - (RE: related document(s)35 Telephone Hearing). No. of Notices: 2. Service Date 04/16/2006. (Admin.) (Entered: 04/16/2006) |
| 04/17/2006 | 37 | Bankruptcy Administrator Response to Application to Employ Professional Person(s) *Attorney for Special Purpose, Sec. 327(e), Recommends Approval* Filed by Bankruptcy Admin. Bankruptcy Administrator (RE: related document(s)31 Application to Employ Professional Person(s) filed by Debtor Frank D. Lett). (Jacobs, Teresa) (Entered: 04/17/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/26/2006 10:58:51 | | | |
| PACER Login: | ku0008 | Client Code: | 30036701002 |
| Description: | Docket Report | Search Criteria: | 05-10041 Fil or Ent: Fil Doc From: 0 Doc To: 99999999 Term: y Links: n Format: HTMLfmt |
| Billable Pages: | 3 | Cost: | 0.24 |