# RECORD OF CONVERSATION

Date: 8/26/99   Place: the Office   Subject: _____
Time: 3 pm   Conversation With: Frank Lett   Telephone: _____
Others in Attendance: G. Helms, C. Cook

As a result of recent allegations/rumors that Cynthia Cox, a worker in Frank's area has had a child by Frank, we discussed the situation with him. Both George and Clyde have had discussions with Frank on this subject in the past.

Frank denies that he is the father of Cynthia's child. He says this is all rumor, and it has affected his family — he wishes it would all stop. We told him that we were handling the rumors as such, but that if information came to light in the future that proved otherwise, we would have to take appropriate action to protect the company from claims of sexual harassment. He said he understood, and made a comment that he would have to protect himself also.

Page 1 of 1

00131
F. Lett v. Reliable

EX. 6

## RECORD OF CONVERSATION

Date: 9/22/99   Place: Reliable   Subject: discussing personal matter with employer
Time: _____   Conversation With: Frank Lett   Telephone: _____
Others in Attendance: _____

Today 9/22/99 Connie Gunner came to me and told me that Frank Lett (Lead person dept 4) was always asking her questions about her personal life. She said that he asked a lot of personal questions and got mad if she didn't want to tell him. I told her that she didn't have to, and shouldn't, discuss her personal life with anyone here at work. I talked to Frank and told him that if he was discussing any employee's personal life with them that he should not be doing this because it could cause him and the company a big problem in the future.

David Burch
[signature] 9/22/99

Page ____ of ____

00133
F. Lett v. Reliable

# INTEROFFICE MEMORANDUM

To:       HUMAN RESOURCES

CC:

From:     ROGER PEAK

Date:     APRIL, 24 1998

Subject:  RECORD OF CONVERSATION

Talked with Frank Lett about Personal Resources employees. I told Frank that he did not have the authority to promise any of their employees a job, and to be careful about what he said when those type questions was asked, because employees sometimes misinterpret what you say. Frank said he has not said anything that would lead them to believe they were getting a job here at reliable. I asked Frank did he tell Synthia Cox if her husband was not working here she could get a job, Frank said no that he and Synthia Cox have never discussed employment here at reliable.

*RP*

FROM THE DESK OF...

ROGER PEAK
ARCH. PRODUCTION MANAGER
RELIABLE PRODUCTS GENEVA.

334-684-3621
Fax: 1-334-684-3680