# RELIABLE PRODUCTS
## JOB POSTING POLICY

_Bobbie R. Cross, President_     3/3/92
                                  Date

_George W. Helms, HR Director_    3-3-92
                                  Date

### Objective

Reliable Products uses a system of job posting to inform all active employees of certain job opportunities within the office and plant. In applicable situations, employees will be informed of job openings through formal job postings and will be encouraged to express their interest in jobs according to stated policies. As a general rule, entry level and upper management job openings will not be posted.

### Policy

1. **JOB POSTING** - Job openings will be announced and posted at the discretion of Management. A formal "job posting" will consist of a cover page outlining specifics about the job, and an attached job description listing the principal duties of the particular vacant position. This "posting" will be displayed in appropriate places (i.e., bulletin boards, etc.) throughout the office and plant. Positions will normally be posted for seven working days.

2. **APPLYING FOR THE JOB** - Employees interested in a posted job will be required to contact the Human Resources Department to obtain the forms required to apply for the job prior to the deadline listed on the job posting. The Human Resources Department will review the employee's request based on this policy and may make recommendations to the employee regarding his/her general qualifications. The employee will be given a copy of the job description for the posted job, and a blank job description form. Employees must respond on the blank form to each item listed on the job description, indicating skill levels, education, etc., that correspond to the requirements of the job. The employee will return the forms to the Human Resources Department.

3. **SUPERVISOR'S RESPONSIBILITIES** - The Human Resources Department will notify the supervisor of the fact that an employee from his/her department has indicated an interest in the posted job. The supervisor will sign and date the posting forms and complete the "recommendations" portion of the form based on current performance and other job-related criteria.

4. **THE INTERVIEW** - The interviewing supervisor will select applicants to interview for the posted position. Persons selected for an interview will be notified of the time and place for the interview by the Human Resources Department. Clerical skills tests, which may include typing and 10-key tests, will be required for job openings where these skills are fundamental requirements for success on that particular job.

5. **JOB OFFERS** - Job offers will be extended by the interviewing supervisor in the presence of the Director of Human Resources.

6. **ACCEPTING/DECLINING THE OFFER** - The employee will be given a specific deadline to accept or decline the job offer to the Human Resources Department. The Human Resources Department will then notify the employee's immediate supervisor and the interviewing supervisor of the employee's decision.

02271
_F. Lett v. Reliable_

7. Employees will generally be allowed to apply for a posted position only after having worked a minimum of six months in their current position. "Current position" refers to having "the same job title and code". A change from part-time to full-time is not considered a "job change" with regard to the job posting process.

8. The company believes in promotion from within, but reserves the right to recruit from outside the organization in the event a qualified internal candidate is not available.

9. Applicants or supervisors in the posting process should not contact any person other than those outlined by this policy regarding job openings during a job posting process. Inappropriate contact with individuals not involved in the posting process, or contact with supervisors, etc. at an inappropriate time may be considered "recruiting", and may result in the employee's being disqualified from consideration for the job.

10. Requests to be considered for a posted job may be withdrawn by the employee at any time by notifying the Human Resources Department.

11. Employees are responsible for checking bulletin boards regularly for job posting information. The company can not be obligated to inform persons of openings who are away from work for **any** reason. However, in the event that a person is away from work due to an **excused** absence (vacation, layoff, excused sick, etc.), that person may bid on and be considered for the open job, **provided the job has not been filled.** This exception applies only to persons who are away from work while the job is posted.

    Persons interested in open positions, who are away from work for extended periods of time, may contact the Human Resources Department to inquire if any jobs have been posted.

12. Employees in part-time positions can be considered, but will not necessarily have preference over outside applicants for jobs posted.

13. Job offers, interviews, salary discussions, etc., are confidential, and the applicant should not discuss this information with anyone except the posting supervisor, and/or the Human Resources Department.

14. The length of time that an employee is to remain in his/her current position if selected for a posted job will be determined by the employee's immediate supervisor and the posting supervisor, in conjunction with the Human Resources Department.

15. Failure to follow stated job posting policies and procedures may result in the employee being disqualified from further consideration for the immediate job opening.

kwt(wp:jobposting.gwh)
1-21-92 / 11 am

RELIABLE PRODUCTS

# NOTICE OF JOB OPENING

POSTED: _____          TIME: _____

-------------------------------------------------------------------------

NUMBER REQUESTED:       _____

JOB TITLE:              _____

SCHEDULE:               _____ AM/PM TO _____ AM/PM

DEPARTMENT:             _____

PART-TIME POSITION:     _____

FULL-TIME POSITION:     _____

REMARKS: _____

_____

_____

FOR FURTHER INFORMATION CONCERNING THIS POSTING, CONTACT THE HUMAN RESOURCES DEPARTMENT **NO LATER THAN** 12:00 NOON ON _____.

*THIS POSITION WILL BE FILLED WITHOUT REGARD TO AGE, RACE, COLOR, RELIGION, SEX, OR NATIONAL ORIGIN.*

02273
*F. Lett v. Reliable*