IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **FRANK LETT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Civil Action No. 1:05CV479-A |
| ) | |
| **RELIABLE RUSKIN, D/B/A** ) | |
| **RELIABLE PRODUCTS** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |

**SUBMISSION OF RECORD EVIDENCE IN**
**SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Ruskin Company, Reliable Division, submits the following record evidence in support of its Motion for Summary Judgment, separately filed:

1. Deposition of Ken Taylor;

2. Deposition of Plaintiff Frank Lett;

3. Deposition of Stan Henderson;

4. Questionnaire;

5. Plaintiff's questionnaire responses;

6. Stan Henderson's questionnaire responses;

7. Walter Newman's questionnaire responses;

8. Ted Hampton's questionnaire responses;

9. Plaintiff's EEOC Charge of Discrimination;

10. Dismissal and Notice of Right to Sue;

11. PACER docket report regarding Plaintiff's bankruptcy case;

12. Plaintiff's Voluntary Bankruptcy Petition;

13. March 1, 2006 Amendment to Schedule of Assets;

14. Defendant's Request for Admissions;

15. March 29, 2006 Amended Schedule of Assets and Statement of Financial Affairs;

16. Deposition of George Helms;

17. Plaintiff's Counseling Write-ups;

18. Defendant's Posting Policy;

19. Declaration of George Helms;

    /s/   Elizabeth P. Odom
One of the Counsel for Defendant

Jonathan S. Harbuck (Ala. Bar No. ASB-0906-U70J)
Elizabeth P. Odom (Ala. Bar No. ASB-8215-L64O)
THE KULLMAN FIRM
A Professional Law Corporation
600 University Park Place, Suite 340
Birmingham, Alabama  35209-6786
(205) 871-5858 (t)
(205) 871-5874 (f)

**CERTIFICATE OF SERVICE**

_____I hereby certify that on April 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Michael Quinn, Esq.
>Allison W. Lowell, Esq.
>WIGGINS, CHILDS, PANTAZIS & QUINN LLC
>The Kress Building
>301 19th Street North
>Birmingham, AL 35203

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

>None

>Respectfully submitted,

>/s/ Elizabeth P. Odom
>Elizabeth P. Odom
>THE KULLMAN FIRM
>A Professional Law Corporation
>600 University Park Place, Suite 340
>Birmingham, Alabama 35209
>Phone: (205) 871-5858
>Fax: (205) 871-5874