IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

FRANK LETT,                              )
                                         )
            Plaintiff,                   )
                                         )
vs.                                      )   CIVIL ACTION NO. 1:05cv479-WHA
                                         )
RELIABLE RUSKIN, etc.,                   )
                                         )
            Defendant.                   )

## <u>ORDER</u>

The Defendant's Motion for Summary Judgment (Doc. # 20), filed on April 27, 2006,

will be deemed submitted to this Court on May 25, 2006, without oral argument.  If either party

desires oral argument, such party should so notify the Court and opposing counsel by May 25,

2006.  If, after considering the parties' submissions, the Court finds oral argument is necessary, a

hearing will be scheduled, and the parties will be notified of the date of the hearing.

Affidavits, briefs, depositions, or other documents which the Plaintiff wishes to file in

opposition to said motion shall be filed on or before May 18, 2006.

The Defendant shall have until May 25, 2006, to file any reply it wishes to file.

If a document, including a deposition, is to be considered on the issue of summary

judgment, a party shall specifically designate which parts of the document are deemed relevant.

The designation of parts of depositions shall be by page and line numbers.  No parts of

documents not so specifically designated will be considered.

DONE this 27th day of April, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE