# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **FRANK LETT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 1:05-CV-479-A |
| ) | |
| **RELIABLE RUSKIN, d/b/a** ) | |
| **RELIABLE PRODUCTS,** ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFFS' RESPONSE TO DEFENDANT, RELIABLE RUSKIN, d/b/a RELIABLE PRODUCTS', MOTION FOR SUMMARY JUDGMENT

**NOW COMES,** plaintiff, by and through his counsel, and in Response to Defendant, Reliable Ruskin d/b/a Reliable Products, Motion for Summary Judgment, hereby state as follows:

1. Defendant has failed to demonstrate that their Motion for Summary Judgment should be granted pursuant to Rule 56 of the Federal Rules for Civil Procedure. This is because plaintiff has demonstrated numerous genuine issues of material fact, as described in Plaintiff's Opposition to Defendant's Motion for Summary Judgment. In particular, and without limiting the arguments made in Plaintiff's Brief, plaintiffs state that:

2. Defendants violated plaintiff's rights under Title VII, 42 U.S.C. § 1981, and 29 U.S.C. § 621, *et seq*. Such discrimination on the part of the defendant was based on his race and age in violation of the aforementioned statutes.

3. Plaintiff has additionally shown that his claims should proceed and should not be

1

subject to dismissal on the premise of Judicial Estoppel.

4. Consequently, plaintiff has raised a number of genuine issues of material fact as described within Plaintiff's Opposition to Defendant's Motion for Summary Judgment, making Summary Judgment inappropriate and due to be denied.

5. The plaintiff further bases this Opposition on the attached evidence, which is described in the Evidentiary Submission attached hereto, and in Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

**WHEREFORE, PREMISES CONSIDERED**, plaintiffs respectfully request that this Honorable Court deny Defendant's Motion for Summary Judgment.

Respectfully submitted,

  /s/ Allison W. Lowell
Allison W. Lowell, Esq. (ASB-6373-A40W)
C. Michael Quinn, Esq. (ASB-2365-642C)
Attorneys for Plaintiff

**OF COUNSEL:**

WIGGINS, CHILDS, PANTAZIS & QUINN, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jonathan S. Harbuck, Esq.
Elizabeth P. Odom, Esq.
THE KULLMAN FIRM
A Professional Law Corporation
600 University Park Place, Suite 340
Birmingham, Alabama 35209-5786

      Dated the <u>18th</u> day of <u>May</u>, 2006.

                                                        /s/Allison W. Lowell
                                                        OF COUNSEL