IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **FRANK LETT,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **vs.** | )   **CIVIL ACTION NO. 1:05-CV-479-A** |
| | ) |
| **RELIABLE RUSKIN, d/b/a** | ) |
| **RELIABLE PRODUCTS,** | ) |
| | ) |
|     **Defendant.** | ) |

### EVIDENTIARY MATERIALS FOR PLAINTIFF'S RESPONSES TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT

Plaintiff, Frank D. Lett, submits the following record evidence in support of his

Opposition to Defendant's Motion for Summary Judgment, filed separately:

    Exhibit 1    Declaration of Frank D. Lett;

    Exhibit 2    Payroll Change form for Steve Paulk and Frank D. Lett;

    Exhibit 3    Memorandum Opinion in McMillian v.

    Exhibit 4    Trustee's Motion to Modify Debtor's Confirmed Chapter 13 Plan for Lawsuit Proceedings;

    Exhibit 5    Defendant's first EEOC response;

    Exhibit 6    Defendant's second EEOC response;

    Exhibit 7    2000 Evaluation of Frank D. Lett;

    Exhibit 8    2004 evaluation of Frank D. Lett.

        Respectfully submitted,

        __/s/ Allison W. Lowell_____
        Allison W. Lowell, Esq. (ASB-6373-A40W)
        C. Michael Quinn, Esq. (ASB-2365-642C)
        Attorneys for Plaintiff

**OF COUNSEL:**

WIGGINS, CHILDS, PANTAZIS & QUINN, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500