2

Case 1:05-cv-00479-WHA-DRB    Document 25-3    Filed 05/18/2006    Page 1 of 3

# SALARY ADJUSTMENT/PAYROLL CHANGE

EFFECTIVE DATE: 2-26-05          DUE DATE: 2-26-05

EMPLOYEE NAME: Steve Paull

CLOCK #: S385          DEPT. #: 275

JOB TITLE: _____          JOB CLASS: _____

EVALUATED BY: 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

## CHANGES

| CHECK ALL APPLICABLE BOXES | FROM | TO |
|---|---|---|
| ☐ DEPARTMENT | | |
| ☐ JOB | | |
| ☐ SHIFT | | |
| ☒ RATE | 14.73 | Top of Scale |
| ☐ | | |

## REASON(S) FOR THE CHANGE(S)

☐ HIRED          ☒ MERIT INCREASE  Ann          ☐ LAYOFF
☐ DISCHARGE      ☐ RESIGNATION                   ☐ RETIREMENT
☐ PROMOTION     ☐ LENGTH OF SERVICE INCREASE
☐ DEMOTION       ☐ ORIENTATION PERIOD COMPLETED
☐ TRANSFER       ☐ RE-EVALUATION OF EXISTING JOB

☐ LEAVE OF ABSENCE FROM _____ (Date)     UNTIL _____ (Date)
☒ OTHER (explain) $400.00 One-time payment. ny

APPROVED BY: David Burch
DATE: 3-21-05

0005

# SALARY ADJUSTMENT/PAYROLL CHANGE

A-1

EFFECTIVE DATE: 11-15-03      DUE DATE: 11-9-03

EMPLOYEE NAME: Frank Lett

CLOCK #: 5090      DEPT. #:

JOB TITLE:      JOB CLASS:

EVALUATED BY: Ssh[redacted]

## CHANGES

| CHECK ALL APPLICABLE BOXES | FROM | TO |
|---|---|---|
| ☐ DEPARTMENT | | |
| ☐ JOB | | |
| ☐ SHIFT | | |
| ☒ RATE | 14.27 | 14.61 Top 8 Scale |
| ☐ | | |

## REASON(S) FOR THE CHANGE(S)

☐ HIRED           ☒ MERIT INCREASE Ann..      ☐ LAYOFF
☐ DISCHARGE       ☐ RESIGNATION                ☐ RETIREMENT
☐ PROMOTION      ☐ LENGTH OF SERVICE INCREASE
☐ DEMOTION       ☐ ORIENTATION PERIOD COMPLETED
☐ TRANSFER       ☐ RE-EVALUATION OF EXISTING JOB

☐ LEAVE OF ABSENCE FROM _____ (Date)    UNTIL _____ (Date)

☒ OTHER (explain) Retro to 11-9-03 Total Due $37.91

APPROVED BY:                      DATE:
David Burch                       11-18-03
Kenneth B Taylor                  11-19-03
[signature]                       11-24-03

00138
F. Lett v. Reliable