4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | CHAPTER 13 CASE<br>NO. 05-10041-WRS |
| FRANK D. LETT, XXX-XX-2079, | |
| Debtor(s). | |

PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 20 DAYS OF SERVICE. RESPONSES MUST BE FILED WITH THE CLERK AND SERVED UPON THE MOVING PARTY. RESPONSES MUST BE FILED ELECTRONICALLY WITH THE CLERK OR BY US MAIL ADDRESSED TO THE CLERK OF THE BANKRUPTCY COURT, P.O. BOX 1248, MONTGOMERY, ALABAMA 36102.

This pleading is being filed and noticed pursuant to M.D. AL L.B.R. 9007-1 procedures for: Motion to Modify Confirmed Chapter 13 Plan pursuant to 3015 (d) and (e)

### TRUSTEE'S MOTION TO MODIFY DEBTOR'S
### CONFIRMED CHAPTER 13 PLAN FOR LAWSUIT PROCEEDS

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 USC §1329 and LBR 3015-1(d) and (e) moves this Honorable Court to modify the debtor's confirmed Chapter 13 plan, and as grounds for said motion, states as follows:

> The Trustee has been advised that the debtor is the party to a lawsuit or other cause of action/claim. It is unknown if the debtor's claim is a pre-petition or post-petition cause of action. The proceeds have not been claimed as exempt on Schedule C. It is the Trustee's contention that this lawsuit is an asset of the debtor's Chapter 13 estate and is due to be paid to the Trustee for the benefit of unsecured creditors. The Trustee moves this Honorable Court to increase the percentage to unsecured creditors by the net amount of these proceeds.

WHEREFORE, the above premises considered, the Trustee moves this Honorable Court to modify the debtor's confirmed plan to provide that all proceeds from the lawsuit or cause of action settlement, less and except any exempted amount and attorney fees and litigation expenses be paid to the Trustee for the benefit of the debtor's unsecured creditors. To the extent that this

debtor's plan is less than 100%, the Trustee moves this Honorable Court to increase the dividend percentage to unsecured creditors by the amount of the net lawsuit/claim proceeds.

Respectfully submitted this 31st day of March, 2006.

                Curtis C. Reding, Jr.
                Standing Chapter 13 Trustee

          By:  /s/ Sabrina L. McKinney
             Sabrina L. McKinney
             Staff Attorney (ASB-3162-I71S)

Office of the Chapter 13 Trustee
166 Commerce St., Ste. 202
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-262-8599
mckinneys@ch13mdal.com

## CERTIFICATE OF SERVICE

I, Sabrina L. McKinney, certify that I have served a copy of the foregoing TRUSTEE'S MOTION TO MODIFY DEBTOR'S CONFIRMED CHAPTER 13 PLAN FOR LAWSUIT PROCEEDS on the parties listed below by either electronic mail or by placing same in the United States Mail, postage prepaid and properly addressed, this 31st day of March, 2006.

              /s/ Sabrina L. McKinney
              Sabrina L. McKinney

Frank D. Lett
310 N. Merritt St
Geneva, AL 36340

Rafael Gil, III via electronic mail

Wiggins, Childs, Quinn & Pantazis
The Kress Bldg
301 N. 19th St
Birmingham, AL 35203

All Creditors