6

# Tomkins

Kimberly A. Kmentt
Counsel
303.744.5706 Tel.
303.744-4653 Fax
kkmentt@gates.com

Tomkins Industries, Inc.
Mail Code 10-A5
1551 Wewatta Street
Denver, CO 80202

February 8, 2005

<u>Via Fed Ex</u>
Ms. J.W. Furman, Investigator
Equal Employment Opportunity Commission
Birmingham District Office
2000 Ridge Park Place
1130 South 22nd Street
Birmingham, AL 35205

Re:   <u>Frank D. Lett v. Ruskin Company, Reliable Division</u>
      <u>EEOC No. 130-2005-00532</u>

Dear Ms. Furman:

    Here is the supplemental position paper you requested from Reliable. I agreed to supplement the position paper on or about February 9, 2005. Mr. Lett now claims that, he was not comparing himself to W.N., selected as a supervisor in Reliable's architectural side of the business; he is, however, comparing himself to S.H., selected as an Assistant Supervisor.

    Absolutely no age or racial discrimination occurred, when Reliable selected S.H. as an Assistant Supervisor. Reliable selected S.H., a Caucasian under the age of 40, for legitimate, non-discriminatory reasons. These two employees also are not similarly situated.

    First, candidates were invited to respond to four (4) questions related to their qualifications and experience as a part of the selection process. (Exhibit 1) Mr. Lett gave very short and general answers. (Exhibit 2) S.H. gave detailed and thorough answers. (Exhibit 3) Reliable deemed S.H.'s answers better.

    Second, S.H., an employee for almost fifteen (15) years and lead person, has absolutely no counseling or discipline in his file. Mr. Lett has some record of counseling and disruption to the work force. (Exhibits 4, 5, 6 & 7).

    The final decision makers were the Plant Manager, now 62, and the Department Manager, now 51. It is not plausible that they would discriminate against Mr. Lett based on age, when they are in the same protected age group as Mr. Lett.

    Thank you for the opportunity to provide additional information on behalf of Reliable.

    In summary, the charge lacks merit and must be dismissed.

Very truly yours,

*Kimberly A. Kmentt*

Kimberly A. Kmentt
Counsel
Tomkins Industries, Inc.

KKL_2005.22 Furman

00123
*F. Lett v. Reliable*