7

PERFORMANCE APPRAISAL

≈ 90

| Employee Name: Frank D. Lett | Department: 200 | Review Date: 11-9/00 Month / Year |
|---|---|---|
| Position: Leadperson   Class 5 | Time in Position: 5yrs. | Appraiser: Kenneth Taylor |

| Definition of Rating Factors: | Check One: ___ Annual Review |
|---|---|
| A scale of 1 to 5 is used with the following meaning: | ___ Interim Review |

      1 = does not meet performance standards and expectations
      2 = frequently does not meet expectations, but shows potential to improve
      3 = meets expectations
      4 = exceeds expectations consistently
      5 = highly satisfactory; top 5% of employees

## I. General Performance Items

*Indicate the level of performance which the employee demonstrates (1-2-3-4-5). The statements after the bold face words are general definitions of the performance item.*

*To the right of each item, rate the item by importance in the weight column as it pertains to the job being evaluated. Use the multiplier of 1.5 for the three items weighted as the most important; 1.0 for the four items rated in the middle; 0.5 for the remainder of the items. Multiply the performance by the weight to give a score for each. Total the score at the bottom. The total should not exceed 50.*

Performance x Weight = Score

- **Knowledge** - Blend of job-related education, skills and experience    1 - 2 - 3 -④- 5   1.5   6

- **Quantity** - Level of output generated per unit of time    1 - 2 - 3 -④- 5   1.5   6

- **Accuracy** - The absence of errors    1 - 2 - 3 -④- 5   1.5   6

- **Decision Making** - Sound judgment    1 - 2 - 3 -④- 5   1   4

- **Appearance** - Appropriate personal habits, clothing and grooming    1 - 2 - 3 -④- 5   1   4

- **Attendance** - Meets time commitments to the organization and team members including punctuality    1 - 2 - 3 - 4 -⑤   1   5

- **Housekeeping** - Work area kept in functional, presentable manner    1 - 2 - 3 -④- 5   1   4

- **Security Sensitivity** - Handling of confidential and proprietary information    1 - 2 -③- 4 - 5   .5   1.5

- **Written Communication** - Written skills required for the position    1 - 2 -③- 4 - 5   .5   1.5

- **Verbal Communication** - Verbal skills required to communicate with individuals and in small groups, including presentations    1 - 2 - 3 -④- 5   .5   2

Total Score    40

*Carry over to Appraisal Score on back page*

## II. Adherence to Core Values

For each core value, add the rating for the individual items and divide by three. This will give an average or a *value score*. Add the value scores together.

**Customer:** (Circle either internal or external or both as appropriate for this evaluation)
- Is committed to understanding and meeting the needs of customers
- Initiates action to improve customer satisfaction.
- Looks for and suggests alternative ways to meet customer needs.

1 - 2 - 3 -④- 5
1 - 2 -③- 4 - 5
1 - 2 -③- 4 - 5

Value score    $\boxed{10} \div 3 = 3.33$

**Quality:**
- Is committed to continuous improvement.
- Understands the improvement process and uses it.
- Uses problem solving techniques to accomplish tasks.

1 - 2 - 3 -④- 5
1 - 2 -③- 4 - 5
1 - 2 -③- 4 - 5

Value score    $\boxed{10} \div 3 = 3.33$

**People:**
- Communicates honestly and openly, treating people with dignity and respect.
- Listens empathetically to understand all points of view.
- Resolves conflict effectively and constructively.

1 - 2 - 3 -④- 5
1 - 2 -③- 4 - 5
1 - 2 - 3 -④- 5

Value score    $\boxed{11} \div 3 = 3.66$

**Training:**
- Invests time in training self.
- Invests time in training subordinates or others.
- Includes training as a solution to performance problems.

1 - 2 - 3 -④- 5
1 - 2 - 3 -④- 5
1 - 2 -③- 4 - 5

Value score    $\boxed{11} \div 3 = 3.66$

**Employee Involvement:**
- Volunteers to help others achieve goals.
- Values different opinions, fosters teamwork, and works for consensus.
- Deals effectively with constructive criticism to effect change.

1 - 2 - 3 -④- 5
1 - 2 -③- 4 - 5
1 - 2 -③- 4 - 5

Value score    $\boxed{10} \div 3 = 3.33$

**Leadership:**
- Displays the attitude of leader as server.
- Takes responsibility for actions and results.
- Is willing to take risks to improve.

1 - 2 - 3 -④- 5
1 - 2 -③- 4 - 5
1 - 2 -③- 4 - 5

Value score    $\boxed{10} \div 3 = 3.33$

**Safety & Health:**
- Has understanding and knowledge of regulatory issues.
- Does not subordinate safety and health goals to pressures from other areas.
- Practices safety diligence.

1 - 2 -③- 4 - 5
1 - 2 -③- 4 - 5
1 - 2 -③- 4 - 5

Value score    $\boxed{9} \div 3 = 3$

**Ethics:**
- Keeps their word and therefore establishes trust.
- Puts honesty and integrity first in all professional dealings.
- Considers ethical behavior as the minimum, not maximum, standard.

1 - 2 - 3 -④- 5
1 - 2 -③- 4 - 5
1 - 2 -③- 4 - 5

Value score    $\boxed{10} \div 3 = 3.33$

**Community:**
- Gets involved in community oriented projects.
- Fosters the policy of being a good corporate neighbor.
- Displays social and environmental responsibility in decision making.

1 - 2 -③- 4 - 5
1 - 2 -③- 4 - 5
1 - 2 -③- 4 - 5

Value score    $\boxed{9} \div 3 = 3$

**Profit:**
- Displays an attitude of stewardship with regard to company resources.
- Shows attitude of an entrepreneur in managing their part of the company.
- Suggests/implements cost reductions.

1 - 2 -③- 4 - 5
1 - 2 -③- 4 - 5
1 - 2 -③- 4 - 5

Value score    $\boxed{9} \div 3 = 3$

Core Value Total    $\underline{33}$

*Carry over to the Appraisal Score on back page*

# III. Specific Goals and Accomplishments

List several specific goals from the previous year, and current accomplishments with descriptions. Rate goals and accomplishments 1-5. Weight should be assigned by the appraiser so that the total weight for all goals equals 10. Use more sheets if needed.

---

1. minutes Per Grille
Goal 9.0 Currently 9.1 For the year

Rating 4 x Weight 3 = Score 12

---

2. overtime under 4%
overtime is currently 3.1% under Goals

Rating 3 x Weight 2 = Score 6

---

3. OnTime shipments

Rating 3 x Weight 2 = Score 6

---

4. Absenteeism

Rating 3 x Weight 1 = Score 3

---

5. Quality

Rating 3 x Weight 1 = Score 3

---

6. inventory Turns (must be at least 6)

Rating 3 x Weight 1 = Score 3

---

Total Goals and Accomplishments Score   33

*Carry over to Appraisal Score on back page*

00029
*F. Lett v. Reliable*

## IV. NARRATIVE

Appraiser Comments:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Job Description Reviewed    Yes _____ No _____        If yes, Date:_____

Performance Appraisal Reviewed by: Dept. Head _____ H.R. _____
                                              (Initial & Date)              (Initial & Date)

Appraiser _Kenneth B. Taylor_  _12/4/00_   Employee _____
          (Signature)          (Date)                (Signature)          (Date)

Employee comments:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Appraisal Score: (continued from other pages)

   I. General Performance Items                    40
   II. Adherence to Core Values                    33
   III. Specific Goals and Accomplishments         33

   TOTAL SCORE                                     106

F. Lett v. Reliable