8

Case 1:05-cv-00479-WHA-DRB    Document 25-9    Filed 05/18/2006    Page 1 of 5

*Fran Lett*    *Dept. 300*

## INSTRUCTIONS FOR COMPLETING THE PERFORMANCE APPRAISAL -- SECTION A

a. List employee's major objectives/responsibilities for the appraisal period in Section 1. Accountabilities.
b. List the importance of each objective/responsibility by assigning it a weight in column A. The total of the weights must equal 1.00.
c. Appraise the employee by completing weight and score columns. Use the scale listed below to rate each objective/responsibility. Note: You may use a whole number (2) or a decimal number (2.4) when rating.
d. Compute the value for each objective/responsibility by multiplying the weight in Column "A" by the rating in Column "B". Enter the product in Column "C" (Score). EXAMPLE: WEIGHT .45 X RATING 3.2 = VALUE 1.44
e. Add all the values in Score Column. Enter the total at bottom of page.
f. Compute value of Section A by multiplying the total from the "Total Column C" by .67. EXAMPLE: Total Column 5.6 x .67 = Total Section A 3.75.
g. Place the computed value of Section A in the designated blank near the bottom of page 4.

### PERFORMANCE RANGE AND DEFINITIONS

| OUTSTANDING | HIGHLY EFFECTIVE | EFFECTIVE | NEEDS IMPROVEMENT | NEEDS MUCH IMPROVEMENT | NOT APPLICABLE |
|---|---|---|---|---|---|
| 5 | 4 | 3 | 2 | 1 | NA |

Use this PERFORMANCE RANGE to rate the results of each Objective/Ongoing responsibility and Performance Factor. Describe what was achieved and how it was achieved. Do not base ratings on performance covered in previous Performance Reviews.

OUTSTANDING – Performance is significantly superior to job expectations.
- Work is recognized as being extraordinary in quantity and quality; conspicuously above expectations in all aspects of the major accountabilities; the rare exception who achieves and sustains such results over time.
- Employee demonstrates exceptional knowledge and skill within the rated area and is recognized by people outside the department/company as an authority in their field. Employee is innovative and exceptional in the ability to analyze and synthesize information.

HIGHLY EFFECTIVE -- Performance is consistently high; above what is expected of a competent person in this position.
- Given only general guidelines, employee operates with minimal direction or supervision, anticipates problems and initiates actions necessary to surpass goals and objectives.
- Employee demonstrates a thorough knowledge and skill, practical as well as theoretical, in all aspects of accountabilities. Employee is innovative and excels in the ability to analyze and synthesize information.

EFFECTIVE – Performance which you expect of a competent employee.
- Employee handles objectives or assigned tasks efficiently and effectively; initiates actions as necessary to fulfill job responsibilities; anticipates major problems and takes action to avoid them.
- Work meets and sometimes exceeds quantity and quality expectations.
- Employee rarely misses scheduled deadlines for projects or assignments. Work is completed with only a moderate amount of supervision and follow-up.
- Employee has the knowledge and skill to handle any project' assignment within the scope of his/her job accountability.

NEEDS IMPROVEMENT – Performance is below what is expected of a qualified employee after a reasonable period of time and training.
- Work often does not meet all the expectations of quantity, quality and timeliness. Example: Employee may produce high quality work but not in sufficient quantity, or employee may complete projects on time but not at the desired quality level; employee may meet quantity or timeliness expectations, but it is only accomplished with more direction or assistance from others than it is for the qualified employee.
- Employee does not fully demonstrate or utilize the knowledge and skill required.
- Seldom initiates any improvements or additional tasks required to fulfill job responsibilities unless directed to do so by supervisor.

NEEDS MUCH IMPROVEMENT – Performance does not meet job expectations: considerable improvement or development needed.
- Employee is not accomplishing assigned work; needs close supervision and follow-up from supervisor.
- Employee makes frequent and/or repeated errors.

Page 1

00001
*F. Lett v. Reliable*

# RELIABLE PRODUCTS
## PERFORMANCE APPRAISAL

Name: Frank Lett
Position: Lead Person CL5
Date of Hire: 8-2-78
Bennett Taylor
Length of Time in Present Position: 9 yrs
Dept. 300

FISCAL YEAR

### PERFORMANCE MEASUREMENT STANDARDS

**OUTSTANDING** — Performance is significantly superior to job expectations.
**HIGHLY EFFECTIVE** — Work is recognized as being extraordinary in quantity and quality; conspicuously above expectation.
**EFFECTIVE** — Performance is consistently high; above what is expected of a competent person in this position.
— Performance which you expect of a competent employee.
**NEEDS IMPROVEMENT** — Employee handles objectives or assigned tasks efficiently and effectively.
**NEEDS MUCH IMPROVEMENT** — Work often does not meet all expectations of quantity, quality and timeliness.
— Performance does not meet job expectations.

## SECTION A

### ACCOUNTABILITIES AND/OR SPECIFIC OBJECTIVES

Accountabilities are statements of the important end results which the job exists to achieve. Each accountability statement should relate to an end result or objective which must be accomplished. Wherever possible, these objectives should be quantifiable and measurable.

| Accountability | Weight COL A (Expressed in Decimal Nbr.) | Performance COL B (RATING SEE ABOVE) | Score COL C (Weight Times Performance) |
|---|---|---|---|
| Minutes per unit: Goal 7.5%  currently: 7.39% | .2 | 4 | .8 |
| On time shipment: Goal 95%  currently: 99.76% | .2 | 4 | .8 |
| Overtime Premium: Goal 2%  currently: 4.2% | .2 | 3.5 | .7 |
| Held Accounts Rate: no more than 3% | .1 | 3.5 | .35 |
| Safety: Frequency rate of 8% + severity rate of 15% or less | .1 | 4 | .4 |
| Manufacturing Losses: no more than .001% of sales | .1 | 4 | .4 |
| Inventory Level: 70% of past 3 months average monthly sales | .1 | 3.5 | .35 |

TOTAL FROM COLUMN C X .67 (WEIGHT OF SECTION A) = VALUE OF SECTION A — COMPUTE THIS VALUE AND PLACE VALUE IN "TOTAL OF SECTION A" BLANK ON PAGE 4.    | 1.0 | | 3.8 |

Employee Signature_____    Reviewing Manager's Signature_____

## SECTION B                                                      Page 3

Employee Name: _____   Fiscal Year_____

### PERFORMANCE FACTORS

SECTION B PERFORMANCE FACTORS This section is to be used in employee development. It allows you to discuss the employee's strengths and improvements needs for a wide variety of skills/behaviors. Use the Performance Factor Guide and assign and evaluation number which best matches the employee's performance. Rate each factor separately; rate only the factors which apply.

*PERFORMANCE FACTORS WHICH ARE PRECEDED BY AN ASTERISK PERTAIN ESPECIALLY, BUT NOT EXCLUSIVELY, TO SUPERVISORY PERSONNEL. USE THESE FOR SUPERVISORY APPRAISALS.

RATING

3.5   *ADMINISTRATION: Extent to which the employee executes existing policies and procedures and implements new policies and procedures.

_____   *BUDGET: Extent to which employee develops a realistic budget and controls budget within established guidelines.

4   *LEADERSHIP: Degree to which the employee adjusts his/her leadership style to subordinates' needs and level of development. Amount and quality of direction and feedback given.

4   *PERFORMANCE REVIEW: Extent to which employee gives on-going feedback. Extent to which employee rates subordinates in an accurate and timely manner.

4   *PLANNING: Extent to which employee anticipates trends and problems; organizes work responsibilities, sets priorities, effectively utilizes resources, and follows-up.

3.5   *SELECTION: Extent to which employee selects successful subordinates over time.

3.5   *TRAINING AND DEVELOPMENT: Extent to which employee has been a successful mentor over time.

4   QUALITY OF WORK: Extent to which work meets objectives and standards.

4   AMOUNT OF WORK: Actual work output of employee.

4   TIMELINESS: Degree to which work is timely.

4   JOB KNOWLEDGE: The expertise needed to perform work properly.

4   DEPENDABILITY: Extent to which employee is reliable and persistent in accomplishing assigned tasks/goals and in meeting commitments.

4   *INITIATIVE: Degree to which employee seeks out, obtains approval for and completes additional work; assumes responsibility for personal growth and development.

3.5   *INNOVATION: Extent to which employee searches for, creates, and applies new ideas, methods, techniques or processes, to improve the manner in which work is performed.

3.5   *DECISION MAKING: Extent to which employee makes sound decisions.

4   COMMUNICATIONS - ORAL: Ability to listen and respond clearly and directly, describe information or ideas to others, and communicate persuasively.

3   COMMUNICATIONS - WRITTEN: Ability to communicate clearly, concisely, and persuasively in writing.

4   COOPERATION: Willing to work with others, including other departments/division, for the overall good of the company.

Section B (Continued)                                           Page 4

_4_   COST CONSCIOUSNESS: Degree to which work is accomplished in a cost-effective way.

_3.5_ FLEXIBILITY: Degree and willingness of employee to consider and implement ideas, assignments, or methods.

_4_   PERFORMANCE UNDER STRESS: Ability to carry out job responsibilities under organizational and/or personal stress.

_4_   VERSATILITY: Degree to which employee can handle a wide range of responsibilities.

_4_   *SAFETY: Degree to which employee follows safety rules and procedures and maintains a safe work environment.

_3.5_ *ANALYTICAL ABILITY: The degree to which the employee grasps concepts, analyses and synthesizes information, learns new material, is a critical thinker.

_87.5_ divided _23_ = _3.804_ x .33 = _1.255_
Sum of   by   Number of   Average         Value of      Total of
above         factors rated                Section B     Section B
ratings

Comments, explanation of any high or low ratings, and/or development goals: _____

Employee's Comments: _____

To determine the overall performance rating:

Total of Section A _2.546_ + Total of Section B _1.255_ = Overall Performance Rating _3.801_

SUPERVISOR'S SIGNATURE _Kenneth B. Taylor_        _11/25/04_
                                                   Date

*EMPLOYEE'S SIGNATURE _Frank Lett_                _1/7/05_
                                                   Date

*Your signature does not necessarily signify your agreement. It simply means the appraisal has been discussed with you.

NEXT LEVEL SUPERVISOR'S SIGNATURE _____
                                                   Date