IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **FRANK LETT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 1:05-CV-479-A |
| ) | |
| **RELIABLE RUSKIN, d/b/a** ) | |
| **RELIABLE PRODUCTS,** ) | |
| ) | |
| Defendant. ) | |

**EVIDENTIARY MATERIALS FOR PLAINTIFF'S
RESPONSES TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff, Frank D. Lett, submits the following record evidence in support of his Opposition to Defendant's Motion for Summary Judgment, filed separately:

Exhibit 1    Declaration of Frank D. Lett;

Exhibit 2    Payroll Change form for Steve Paulk and Frank D. Lett;

Exhibit 3    Memorandum Opinion in McMillian v.

Exhibit 4    Trustee's Motion to Modify Debtor's Confirmed Chapter 13 Plan for Lawsuit Proceedings;

Exhibit 5    Defendant's first EEOC response;

Exhibit 6    Defendant's second EEOC response;

Exhibit 7    2000 Evaluation of Frank D. Lett;

Exhibit 8    2004 evaluation of Frank D. Lett.

1

                    Respectfully submitted,


                    __/s/ Allison W. Lowell_____
                    Allison W. Lowell, Esq. (ASB-6373-A40W)
                    C. Michael Quinn, Esq. (ASB-2365-642C)
                    Attorneys for Plaintiff

**OF COUNSEL:**

WIGGINS, CHILDS, PANTAZIS & QUINN, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500