IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **FRANK LETT,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )     Civil Action No. 1:05CV479-A |
| | ) |
| **RELIABLE RUSKIN, D/B/A** | ) |
| **RELIABLE PRODUCTS** | ) |
| | ) |
| | ) |
| Defendants. | ) |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

Pursuant to the Court's Scheduling Order, Defendant states as follows:

The parties have engaged in face-to-face settlement negotiations but have reached no agreement. Negotiations will continue as the case develops.

Date: May 22, 2006

       /s/   Elizabeth P. Odom
One of the Counsel for Defendant

Jonathan S. Harbuck (Ala. Bar No. ASB-0906-U70J)
Elizabeth P. Odom (Ala. Bar No. ASB-8215-L64O)
THE KULLMAN FIRM
A Professional Law Corporation
600 University Park Place, Suite 340
Birmingham, Alabama  35209-6786
(205) 871-5858 (t)
(205) 871-5874 (f)

**CERTIFICATE OF SERVICE**

_____I hereby certify that on May 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Michael Quinn, Esq.
> Allison W. Lowell, Esq.
> WIGGINS, CHILDS, PANTAZIS & QUINN LLC
> The Kress Building
> 301 19th Street North
> Birmingham, AL 35203

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

> None

Respectfully submitted,

/s/ Elizabeth P. Odom
Elizabeth P. Odom
THE KULLMAN FIRM
A Professional Law Corporation
600 University Park Place, Suite 340
Birmingham, Alabama 35209
Phone: (205) 871-5858
Fax: (205) 871-5874