**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **FRANK LETT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO. 1:05-CV-479-A** |
| ) | |
| **RELIABLE RUSKIN, d/b/a** ) | |
| **RELIABLE PRODUCTS,** ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW

**COMES NOW,** plaintiff's counsel, Allison W. Lowell, and respectfully requests that this Honorable Court allow her to withdraw as one of plaintiffs attorneys in this case. Plaintiff's counsel makes this Motion based on the following:

1. The undersigned will no longer be employed by the law firm of Wiggins, Childs, Quinn & Pantazis, LLC, effective June 2, 2006.

2. C. Michael Quinn, Esq. from the firm will continue to represent the plaintiff in this case.

**WHEREFORE, PREMISES CONSIDERED,** plaintiff's counsel respectfully requests that this Honorable Court grant this Motion.

Respectfully submitted,

/s/ Allison W. Lowell
Allison W. Lowell
C. Michael Quinn
Counsel for Plaintiff

**OF COUNSEL:**
**WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.**
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

## CERTIFICATE OF SERVICE

I do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jonathan S. Harbuck, Esq.
Elizabeth P. Odom, Esq.
THE KULLMAN FIRM
A Professional Law Corporation
600 University Park Place, Suite 340
Birmingham, Alabama 35209-5786

Dated the 24th day of May, 2006.

/s/ Allison W. Lowell
OF COUNSEL