UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                            Case No. 05-10041-WRS
FRANK D LETT                                     Chapter 13
Soc. Sec. No. XXX-XX-2079
        Debtor.

TRUSTEE'S SUMMARY OF CONFIRMED CHAPTER 13 PLAN

The debtor's plan was filed on Fri Jan 07, 2005. A summary of the plan or the final modification was transmitted to the creditors under Fed R Bankr P 3015. The Confirmation hearing for the debtor(s) plan was held on Wed Mar 02, 2005, and the Court ordered the plan confirmed.

Following is a Summary of the plan as confirmed by the Court:

1. Payment:
   Amount of debtor(s) plan payment: $     54.00   weekly.
   Period of payments: 049 months or until  3.72 % is paid on allowed unsecured claims or a "pot" of $ 1,500.00 is paid to unsecureds.

   Payable to:    CHAPTER 13 TRUSTEE
                  P O BOX 830529
                  BIRMINGHAM AL   35283

2. Senior expenses and Administrative claims to be paid:

                     ADMINISTRATIVE EXPENSES
Debtor's Attorney       Attorney's fee allowed           $   1,600.00
Chapter 13 Trustee      Notice fee @ $.50 per copy       $       2.50
Chapter 13 Trustee      Trustee administrative fee       $        .00


             SECURED, PRIORITY, AND SPECIAL CLAIMS
AAA WHOLESALE FURNITURE          $    200.00     5.00 %   $     10.00
ALABAMA TITLE LOANS              $    900.00     8.00 %   $     24.00
ALABAMA TELCO CREDIT UNION       $  5,500.00     8.00 %   $    149.00
RICHARD S ODA                    $     94.00      .00 %   $      5.00

3. Payments on allowed unsecured claims (including undersecured claims) will be made after senior expenses and claims are paid.

Dated this the 12th day of April, 2005.

P. O. Box 173                             / s /
Montgomery AL  36101-0173                 Curtis C. Reding
Phone: (334)262-8371                      Chapter Thirteen Trustee
Fax: (334)262-8599
email: trustees_office@ch13mdal.com

In re  
FRANK D LETT  
Soc. Sec. No. XXX-XX-2079

Soc. Sec. No. XXX-XX-  
      Debtor.

Case No. 05-10041-WRS  
Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the Trustee's Summary of Confirmed Plan upon the following parties, by placing them in the U. S. Mail, postage prepaid, and properly addressed, or by electronic mail this 12th day of April, 2005.

                                    / s /  
                              Curtis C. Reding, Trustee