IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| FRANK LETT, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 1:05-CV-479-A |
| RELIABLE RUSKIN, d/b/a RELIABLE PRODUCTS, | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW

**COMES NOW,** plaintiff's counsel, Allison W. Lowell, and respectfully requests that this Honorable Court allow her to withdraw as one of plaintiffs attorneys in this case. Plaintiff's counsel makes this Motion based on the following:

1. The undersigned will no longer be employed by the law firm of Wiggins, Childs, Quinn & Pantazis, LLC, effective June 2, 2006.

2. C. Michael Quinn, Esq. from the firm will continue to represent the plaintiff in this case.

**WHEREFORE, PREMISES CONSIDERED,** plaintiff's counsel respectfully requests that this Honorable Court grant this Motion.

**MOTION GRANTED**

SO ORDERED
THIS 25th DAY OF May, 2006
_____
UNITED STATES DISTRICT JUDGE