IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FRANK LETT, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RELIABLE RUSKIN, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 1:05cv479-WHA |

**ORDER**

Counsel for the Defendant having requested a change in dates for the pretrial conference presently scheduled in this case for July 26, 2006, and having advised the court that the afternoon of July 20 is agreeable to both sides, it is hereby

ORDERED that the date for the pretrial hearing to be held in this case is changed to July 20, 2006, at 2:00 p.m., in chambers, in **Montgomery**, and not in Dothan.  Trial will be held in **Dothan** during the term commencing August 28, 2006.

DONE this 28th day of June, 2006.

　　　　　　　　　　　　　　　　　　　　 /s/ W. Harold Albritton
　　　　　　　　　　　　　　　　　　　　W. HAROLD ALBRITTON
　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE