IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FRANK LETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 1:05cv479-WHA |
| ) | |
| RELIABLE RUSKIN d/b/a Reliable Products, ) | |
| ) | |
| Defendant. ) | |

## **JUDGMENT**

In accordance with the Memorandum Opinion and Order entered in this case on this day, granting summary judgment in favor of the Defendant,

Judgment is entered in favor of the Defendant, Reliable Ruskin, d/b/a Reliable Products, and against the Plaintiff, Frank Lett, and this case is DISMISSED with prejudice. Costs are taxed against the Plaintiff.

DONE this 24th day of July, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE