AO 133   (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

Frank Lett

V.

Reliable Ruskin, d/b/a
Reliable Products

**BILL OF COSTS**

Case Number: 1:05CV479A

Judgment having been entered in the above entitled action on July 24, 2006 against Plaintiff Frank Lett,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 1,711.35 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| TOTAL | $ 1,711.35 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Attorney for Plaintiff, Charles M. Quinn; Wiggins, Childs, Quinn & Panzatis

Signature of Attorney: *Odom*

Name of Attorney: Elizabeth P. Odom

For: Ruskin Company, Reliable Division         Date: August 3, 2006
     Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

DEBRA P. HACKETT                By: _____        _____
Clerk of Court                      Deputy Clerk                    Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | TOTAL | | $0.00 |

## NOTICE

Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

See also Section 1920 of Title 28, which reads in part as follows:
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

The Federal Rules of Civil Procedure contain the following provisions:
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."


**LEGALINK**
A MERRILL COMPANY
1933 Richard Arrington Jr Blvd S   tel (205) 251-4200
Birmingham, AL 35209   tel (800) 888-3376
   fax (205) 252-5644

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 11047460 | 04/07/2006 | 1101-47341 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/28/2006 | ELLIJA | 1:05CV479-A |

**CASE CAPTION**

Frank Lett vs. Reliable Ruskin d/b/a Reliable Products

**TERMS**

Due upon receipt

Elizabeth P. Odom
The Kullman Firm
600 University Park Place, Suite 340
Birmingham, AL 35209

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Frank Lett                       253 Pages @       2.95/Page      746.35
        EXHIBITS                      69 Pages @        .35/Page       24.15
        ATTENDANCE                                                    100.00
        Compressed                                                     20.00
        ASCII                                                          10.00
        TotalTranscript                                                  n/c
        Exhibit Tabs                  10.00      @          .20         2.00
        Processing Fee                                                 15.00

                                            TOTAL DUE  >>>>           917.50

Thank you, we appreciate your business!
Legalink, your local "Link" to a world of legal services.
Visit www.legalink.com to see what we can do for you!
```

TAX ID NO.: 20-2665382                       (205) 871-5858    Fax (205) 871-5874

*Please detach bottom portion and return with payment.*

Elizabeth P. Odom
The Kullman Firm
600 University Park Place, Suite 340
Birmingham, AL 35209

```
Invoice No.:   11047460
Date       :   04/07/2006
TOTAL DUE  :     917.50


Job No.    :   1101-47341
Case No.   :   1:05CV479-A
Frank Lett vs. Reliable Ruskin d/b/a
```

Remit To:   LegaLink, Inc., A Merrill Company
            PO Box 538477
            Atlanta, GA 30353-8477

## FREEDOM REPORTING, INC.
*367 Valley Avenue*
*Birmingham, AL 35209*
*205-397-2397*
*Tax ID Number: 20-2776665*

Jonathan S Harbuck
The Kullman Firm
600 University Park Place, Suite 34
Birmingham, AL 35209

April 18, 2006

**Invoice#** 00009443

**Balance:**   $209.95

**Re:** Frank Lett vs Reliable Ruskin d/b/a Reliable Products
Birmingham/CV 1:05-CV-479-A
*on* 04/13/06 *by* Anne Miller

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Copy:  96 pages | 196.80 |
| Exhibits/B & W: 9 | 3.15 |
| Condensed/concordance | 10.00 |

Deponent:
  George Helms

Read & sign transcript c/o Jonathan S Harbuck
                        The Kullman Firm

P l e a s e   R e m i t   - - - >   Total Due:   $209.95

*WE APPRECIATE YOU!*

**FREEDOM REPORTING, INC.**
*367 Valley Avenue*
*Birmingham, AL 35209*
*205-397-2397*
*Tax ID Number: 20-2776665*

Jonathan S Harbuck
The Kullman Firm
600 University Park Place, Suite 34
Birmingham, AL 35209

April 14, 2006

**Invoice#** 00009363

**Balance:**    $583.90

**Re:** Frank Lett vs Reliable Ruskin d/b/a Reliable Products
1:05-CV-479-A
*on* 04/11/06 *by* Allison Miller

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Copies: 269 pages | 551.45 |
| Exhibits/B & W: 7 | 2.45 |
| Condensed/concordances | 20.00 |
| Ascii | 10.00 |

Deponents:
  Stan Henderson   134 pgs; 3 ex
  Ken Taylor       135 pgs; 4 ex

Read & sign transcripts c/o Jonathan Harbuck
                            The Kullman Firm


P l e a s e    R e m i t    - - - >    Total Due:    $583.90

*WE APPRECIATE YOU!*