RECEIVED

2006 AUG 24 A 11: 49

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
<u>Southern</u> DIVISION

FRANK Lett
    Plaintiff,

vs.

CIVIL ACTION NO. 1:05CV479-WHA

Reliable Ruskin
Reliabe Defendant.
Products

## NOTICE OF APPEAL

Notice is hereby given that   FRANK Lett   above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the   Jument   entered in this action on the 8/24/06 day of 8/24, 20 06.

Frank Lett
Signature

8/24/06
Date of Signature

310 N. Merritt St
Geneva Al. 36340
Address

(334) 449-8198
(334)
Home pro. 684 9015