IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED

2006 AUG 24 A 11: 49

FRANK Lett )
310 N. Merritt St )
Geneva Al. )
36340 )
Plaintiff(s) )
)
v. )
)
Reliable Ruskin )
Reliable Products. )
_____ )
_____ )
Defendant(s) )

1:05cv479.WHA

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) FRANK Lett

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

Frank Lett
Plaintiff(s) signature

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_____ District of _____

Frank Lett
Plaintiff

V.

Reliable Ruskin
Reliable Products
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 1:05CV479-WHA

I, Frank Lett, _____ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant    ☐ other _____

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? yes    Do you receive any payment from the institution? yes

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☑ Yes    ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. 450.00 per week

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☑ No
   b. Rent payments, interest or dividends              ☐ Yes    ☑ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☑ No
   d. Disability or workers compensation payments       ☐ Yes    ☑ No
   e. Gifts or inheritances                             ☐ Yes    ☑ No
   f. Any other sources                                 ☐ Yes    ☑ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?   ☑ Yes   ☐ No

   If "Yes," state the total amount. _Savings $20.00_

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☑ Yes   ☒ No
   yes T.V.

   If "Yes," describe the property and state its value.

   automobiles
   1500.00 89. Cuv

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  Willie Frank Lett  Bro.
   Rufus Lee   Trial

I declare under penalty of perjury that the above information is true and correct.

_8/24/06_
Date

_Frank Lott_
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.