RECEIVED

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

SEP 27 2006

THOMAS K. KAHN
CLERK

No. 06-14606-G

FRANK LETT,

Plaintiff-Appellant,

versus

RELIABLE RUSKIN,
d.b.a. Reliable Products,

Defendant-Appellee.

Appeal from the United States District Court for the
Middle District of Alabama

Before ANDERSON, CARNES, and PRYOR, Circuit Judges.

BY THE COURT:

This appeal is DISMISSED, sua sponte, for lack of jurisdiction. The August 24, 2006, notice of appeal is untimely to contest the district court's order and judgment entered on July 24, 2006. See Fed.R.App.P. 4(a)(1)(A); Rinaldo v. Corbett, 256 F.3d 1276, 1278 (11th Cir. 2001); NAACP of Louisiana v. Michot, 480 F.2d 547, 548 (5th Cir. 1973).

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 40-4 and all other applicable rules.

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia